Mary Jo O'Neill, AZ Bar #005924
Mark Sorokin, CT Bar #430872
**Equal Employment Opportunity**
**Commission, Phoenix District Office**
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012
Telephone: (602) 535-0412
Fax: (602) 640-5009
Email:  mary.oneill@eeoc.gov
            mark.sorokin@eeoc.gov

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Petitioner,<br><br>   v.<br><br>ARIZONA DISCOUNT MOVERS, LLC,<br><br>        Respondent. | Case No.:<br><br>**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY AN ADMINISTRATIVE SUBPOENA SHOULD NOT BE ENFORCED** |

1.  This is an action for enforcement of a subpoena issued pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-9.

2.  Jurisdiction is conferred upon the court by Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3.  Applicant and Petitioner, the Equal Employment Opportunity Commission ("EEOC"), is the federal agency charged with the administration, interpretation, and

enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent is an employer doing business in the State of Arizona with a facility at 930 South 67th Avenue, Phoenix, AZ 85043.

5. On October 6, 2014, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9), the EEOC issued to Respondent Subpoena No. PHX-15-01, which was duly served on Respondent.

6. Subpoena No. PHX-15-01 required Respondent to produce information needed as part of the EEOC's investigation of a charge of unlawful employment practices, Charge No. 540-2014-02671, which has been filed against Respondent.

7. Respondent has not filed a petition to revoke or modify the Subpoena.

8. Respondent has refused to comply fully with Subpoena No. PHX-15-01.

9. Respondent's failure to comply fully with the Subpoena has delayed and hampered the EEOC's investigation.

10. The accompanying Declaration of Rayford O. Irvin, District Director, filed concurrently herewith, and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

a) That the Court issue an Order directing Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing Respondent to comply with the subpoena;

b) That, upon return of the Order to Show Cause, an Order issue directing Respondent to comply with the subpoena; and

c) That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be necessary and appropriate.

RESPECTFULLY SUBMITTED this 12th day of January, 2015.

        MARY JO O'NEILL
        Regional Attorney

        */s/ Mark Sorokin*
        MARK SOROKIN
        Trial Attorney

        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        Phoenix District Office
        3300 N. Central Ave., Ste. 690
        Phoenix, AZ 85012

        Attorneys for Petitioner