IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ARIZONA DISCOUNT MOVERS, LLC,<br><br>　　　　　Respondent. | Case No.:<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |

　　　The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why a certain administrative subpoena should not be enforced. Subpoena No. PHX-15-01 was served on Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, on October 6, 2014 in the investigation of Charge No. 540-2014-02671. The Commission having duly served the subpoena upon Respondent, and Respondent having failed to comply within the period designated in the subpoena, it is hereby

　　　ORDERED that Respondent appear on the _____ day of _____, 20___, at _____ in Courtroom _____, United States Courthouse, 401 W.

Washington Street, Phoenix, AZ 85003, and show cause why it should not be compelled to comply with the subpoena issued to it; it is further

ORDERED that the Equal Employment Opportunity Commission serve the Respondent with a copy of this Order to Show Cause, along with the EEOC's Application and Memorandum in Support, on or before the _____ day of _____, 2015, and file a proof of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure; and it is further

ORDERED that the Respondent file and serve its answer to the Application no later than the _____ day of _____, 2015.