IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) CIVIL ACTION NO. |
| | ) |
| Plaintiff, | ) **DECLARATION OF** |
| | ) **DISTRICT DIRECTOR** |
| v. | ) |
| | ) |
| ARIZONA DISCOUNT MOVERS, LLC | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

I, Rayford O. Irvin, solemnly state as follows:

1. I am the District Director of the Phoenix District Office of the Equal Employment Opportunity Commission ("EEOC" or "Commission") and, in that role, I am responsible for the operations of the office, including the investigation of charges of employment discrimination.

2. The Phoenix District Office is responsible for investigating charges that employers have engaged in employment practices made unlawful by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII").

3. Among the EEOC's investigative files in the Phoenix District Office is the charge file for Charge No. 540-2014-02671 ("Charge") filed against Arizona Discount Movers, LLC ("Respondent") by Charging Party Clinton Lee.

4. I state the following based on my personal examination of the file for Charge No. 540-2014-02671:

a. On June 24, 2014, the EEOC's Phoenix District Office received the Charge, filed under Title VII by Charging Party Clinton Lee, alleging that he was discriminated against on the basis of race by Respondent when he was subjected to racial remarks including "white power" and "if you are not white you're not right", and that Respondent's warehouse manager, Gary Carpenter, often said that "we cannot send two black guys out to one job together." (Attachment 1.) Carpenter also had a black jockey on his desk holding a whip that had been tied around the jockey's neck like a noose. (*Id.*) And in a crew member meeting at some time between May 13 and May 27, 2014, Carpenter painted a troll doll black, hung it by a rope, and affixed to the troll a note that read "Clint King." (*Id.*)

b. During the processing of his charge, Lee informed the Commission that Respondent videotaped all staff meetings and that Respondent granted him two weeks' leave and then claimed that he failed to report to work during the second week of leave. (Attachment 2.)

c. On June 30, 2014, the EEOC hand served the Respondent with notice of the Charge. (Attachment 3.)

d. Simultaneously, the EEOC hand served Subpoena No. PHX-14-2 on Respondent (Attachment 4.)

e. Also on the same day, the EEOC interviewed Respondent's warehouse manager, Gary Carpenter, who said that Respondent lists the names of employees assigned to a moving assignment on the bill of lading for that assignment.

f. Respondent's owner, Amy Hannah, contacted the EEOC on July 1, 2014, upset about Charge No. 540-2014-02671, claiming that the allegations were "preposterous." (Attachment 5.)

g. Respondent again contacted the EEOC on July 22, 2014, signaling its intent to comply with the subpoena. (Attachment 6.)

h. On August 26, 2014, the EEOC rescinded the subpoena because it was defectively numbered. (Attachment 7.)

i. The EEOC then served Subpoena No. PHX-14-27 on Respondent on October 1, 2014. (Attachment 8.)

j. On October 2, 2014, the EEOC rescinded Subpoena No. PHX-14-27 because it was due on September 8, 2014, before the date of issuance. (Attachment 9.)

k. On October 6, 2014, the EEOC issued Subpoena No. PHX-15-01, due by October 17, 2014, and served the Subpoena on Respondent on October 6, 2014 by certified mail. (Attachment 10.)

l. Respondent received Subpoena No. PHX-15-01 on October 9, 2014 (Attachment 11.)

m. All three subpoenas imposed identical production requirements on Respondent. (*See* Attachments 4, 8, 10.)

n. On October 14, 2014, Respondent produced a copy of its employee handbook and a list of individuals employed by Respondent. (Attachment 12.)

o. In its October 14, 2014 response, Respondent denied receipt of Subpoena No. PHX-15-01, criticized the EEOC's handling of the subpoenas, and requested an extension of time to comply with the remainder of the subpoena. (*Id.*)

p. On October 17, 2014, Respondent informed the EEOC by telephone that it would comply with Subpoena No. PHX-15-01.

q. Subsequently, the Commission informed Respondent by email that a "William McAthony" had signed for Subpoena No. PHX-15-01. (Attachment 13.)

r. As of the date of this declaration, the Respondent has failed to produce the following information sought in Subpoena No. PHX-15-01: videos of all crew member meetings between May 10 and May 30, 2014 (Request No. 1); sign in sheets for those meetings (Request No. 2); a copy of its anti-harassment policy (Request No. 4); a copy of its attendance policy, call-in policy, and leave policies (Request No. 5); all complaints, formal or informal, against Gary Carpenter, and all documents associated with those complaints (Request No. 6); sign in sheets for any training conducted on Title VII from January 1, 2012 to the present (Request No. 7); daily driver assignments or any documents

reflecting driver assignments from January 1, 2012 to the present (Request No. 8); and copies of all documents reflecting time off requests by employees from January 1, 2012 to the present. (Attachment 10.)

s.  Respondent has not filed a Petition to Revoke or Modify the Subpoena, and the five-day period for filing such a petition with respect to a Title VII subpoena has expired.

t.  The Commission has received no further information or communication from Respondent since its October 14, 2014 letter.

I declare under penalty of perjury that the foregoing is true and correct.


Date:  January 9, 2015

Rayford O. Irvin
District Director
Phoenix District Office

# ATTACHMENT 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 540-2014-02671 |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Clinton Lee** | **(602) 422-4684** | **06-10-1976** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3731 W. Lewis Ave., Phoenix, AZ 85009** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ARIZONA DISCOUNT MOVERS** | **15 - 100** | **(602) 241-1555** |

| Street Address | City, State and ZIP Code |
|---|---|
| **930 S. 67th Ave,  Phoenix, AZ 85043** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
**05-27-2014**
Approximately
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

In or around October 2013, I began my employment as a Driver.

During my employment I was subjected to a hostile work environment due to my race by my supervisor, Gary Carpenter, Warehouse Manager. Examples of this harassment include but are not limited to: Mr. Carpenter often made racial remarks such as, "White Power" or "If you are not white you're not right." Mr. Carpenter also often stated, "We cannot send two black guys out to one job together." In or around Christmas of 2013, Mr. Carpenter had a black jockey on his desk with a whip attached to the jockey's hand, and Mr. Carpenter tied the whip around the jockey's neck like a noose and the jockey had an attached posted note that read, "Clint." Additionally, at a crew member meeting which I believe took place between May 13, 2014 and May 27, 2014, Mr. Carpenter took a troll, which he spray painted black and hung it by a rope in the air with a note that read "Clint King."

The Owner, Amy LNU, was present at the crew meeting in May 2014 when the black troll was hanged by a rope. When I complained to her, she told me to take the troll down.

Because of the hostile work environment I had no choice but to resign. I never returned to work after Mr. Carpenter hung the black troll in May 2014.

I believe I and other aggrieved individuals have been discriminated against because of our race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Jun 24, 2014**<br>Date            *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# ATTACHMENT 2

**Date:  June 24, 2014**
**Investigator:  Anick F.**
**Intake Notes**

Clinton Lee vs. AZ Discount Movers
Number of Employees:  15-100
Company Function:  Moving Comp.
DOH:  10/2013                    Last Day:  5/20/2014
Position/Title:  Driver
Salary:  12hrly
Most Recent Supervisor:  Gary Carpenter, Warehouse, White
                    Dates:  entire employment
Earliest Alleged Date of Harm:
Most Recent Alleged Date of Harm:    5/27/2014
Basis:  Race (Black)
Issues:  harassment/constructive discharge
Notes:   The following is a summary of this investigator's interview with CP.  The interview
took place at the Phoenix District Office on, June 24, 2014.   CP advised this investigator of the
following in substance but not verbatim:

---

Gary Carpenter, Warehouse manager, hired CP.

CP stated that the Owner, Amy LNU, White, is above Gary.  CP stated that Jay, Office Manager,
White, is also over Gary.  CP stated that Amy is married to Larry who is the originally owner;
however, something happened that Larry had to take his name off of the business and put the
business in his wife's name.

CP stated that all the other employees report to Gary, CP stated that Gary opens the warehouse
and puts the crew together and sends them out on jobs in the moving trucks.

CP stated that when he left the company, there was one other black employee, Derrell LNU,
Black, was employed once CP quit.

CP stated that Hure (LNU), Black, work for R also; however, he quit prior to CP quitting.  CP
stated that Hure, quit because of racism-this was said to CP by Hure.

April 2014:  CP's child was born.  CP told them he would not be in for a week.  CP stated that he
returned back to work for a week and then he took another week off which was scheduled.  CP
then stated that during that 2nd week that he was off, that they wanted him to sign a warning but
CP stated he did not understand why since he had permission to take this 2nd week off.  CP stated
they wanted him to sign a no show no call.

CP  stated her returned back to work for appx 2 days and on that on his 2nd day that he returned
back to work they had a company meeting and that everyone was there.  CP stated this was
sometime in mid to late May of 2014.  CP stated when he showed up to this meeting that there

was a spray painted black doll that was hanging and it had a paper stuck to it that read "Clint King" on it.  CP took a picture of the doll.  **This investigator took a picture of the picture that CP had in his phone-CP's phone is out of service so he has no way of emailing the picture at this time.**

CP stated that at least 25 individuals saw this doll that was hanging.  CP stated that a lot of people said that this was messed up and that CP should tell the owner.  CP stated the owner, Amy, was there at the meeting and that she saw this doll hanging.

CP stated that this doll was up during the entire meeting until CP finally said something to the owner, Amy, and all Amy did was tell CP to take it down.

CP stated that they record every meeting, they have cameras in the warehouse and that these cameras may show who hung this up and everything else.  CP stated that he believes it was Gary that hung this up because when he walked in to the meeting Gary said, "hey you look that's you" and he laughed.

CP stated the doll was not originally black, Gary spray painted it black.  CP stated this troll was originally in one of the moving trucks but Gary had to have taken it from the truck and sprayed painted it.

CP stating during the meeting they handed out the checks and this is when he saw he was scratched off the schedule for the no call no show.  CP did not raise an issue with it because he just left and never went back because he felt uncomfortable after seeing this troll doll hanging.

CP stated that Gary often stated, "White Power, If you not white you're not right, we can't send two black guys to a job."  CP stated Gary made these comments all of the time and that everyone witnessed these comments.  **CP also provided a Witness list**.

CP stated in or around Christmas of 2013, Gary at a Jockey that was Black and the jockey had whip that he would whip a horse with and the whip was tied in a noose and wrapped around the Jockey's neck.  CP stated this jockey was in Gary's office on his desk with a posted note on the actually jockey that read, "Clint."  CP stated he is not sure exactly who all saw this but he believes Hure (LNU) saw this and so did Rene Diaz saw this.  CP stated he is sure that others had to have seen this but that he is not sure exactly who else, but that a lot of people go into his office to drop off paperwork during the day.

CP was advised of right to file a charge.

CP stated he would like to file a charge of discrimination.

# ATTACHMENT 3

EEOC FORM 131 (11/09)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| **Larry Pattenande**<br>**Human Resources**<br>**ARIZONA DISCOUNT MOVERS**<br>**930 S. 67th Ave**<br>**Phoenix, AZ 85043** | **Clinton Lee** |
| | THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**540-2014-02671** |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)  [ ] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **15-AUG-14** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by to
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| **Anick Flores,**<br>**Investigator** | **Phoenix District Office**<br>**3300 North Central Ave**<br>**Suite 690**<br>**Phoenix, AZ 85012**<br>**Fax: (602) 640-5071** |
|---|---|
| *EEOC Representative* | |
| *Telephone*  **(602) 640-5031** | |

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **June 30, 2014** | **Rayford O. Irvin,**<br>**District Director** | *Rayford O. Irvin* |

# ATTACHMENT 4

EEOC Form 136
(11/09)

# UNITED STATES OF AMERICA
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# SUBPOENA

TO:     Arizona Discount Movers
        930 S. 67th Avenue                           NO: PHX-14-2
        Phoenix, AZ 85043

IN THE MATTER OF:   Clinton Lee vs. Arizona Discount Movers        Charge No. 540-2014-02671

YOU ARE HEREBY REQUIRED AND DIRECTED TO:

☐ Testify before:          ☐ Produce and bring *or          ☒ Mail *the documents described below to:

☐ Produce access to the evidence described below for the purpose of examination or copying to:

Vanessa Hall, Investigator for the Equal Employment Opportunity Commission

at 3300 N Central Ave Ste 690, Phoenix, AZ 85012  by Friday, July 18 at 4:30 pm.

The evidence required is:

1. Videos of all crew member meetings occurring between May 10 and May 30, 2014.
2. Sign in sheets from all crew member meetings occurring between May 10 and May 30, 2014.
3. A copy of Respondent's handbook.
4. A copy of Respondent's anti-harassment policy.
5. A copy of Respondent's attendance policy to include the call-in policy and the process an employee is to use when requesting leave.
6. A copy of all formal or informal complaints lodged against Gary Carpenter, Warehouse Manager and a copy of any and all documents/interviews conducted in response to any of the complaints.
7. A copy of the sign in sheet from any training conducted on Title VII issues from January 1, 2012 to the present.
8. A copy of the daily driver assignment sheet (s) or any documents reflecting what drivers were assigned to which moving jobs from January 1, 2012 through the present.
9. A copy of all documents reflecting time off requests submitted by crew members from January 1, 2012 to the present.
10. A list of all individuals employed at this location from January 1, 2012 to the present, reflecting name, race/ethnicity, job title, date of hire,  last date of employment (if no longer employed), date of birth, phone number and last known address.

This subpoena is issued pursuant   ☒ (Title VII) 42 U.S.C. 2000e-9   ☐ (ADEA) 29 U.S.C. 626(a)   ☐ (EPA) 9 U.S.C. 209

                                   ☐ (ADA) 42 U.S.C. 12117(a)              ☐ (GINA) 42 U.S.C. 2000ff-6

ISSUING OFFICIAL (Typed name, title and address)        ON BEHALF OF THE COMMISSION

3300 N. Central Ave. Suite 690, Phoenix, AZ 85012       Rayford O. Irvin, District Director

                                                                                    Date

*NOTICE TO PERSON SUBPOENAED - The Commission will not pay witness fees or travel expenses for the delivery of required documents to a Commission office unless the box "Testify before" is also checked on the subpoena.

## SUBPOENA
### PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

☒ in person

☐ by certified mail

☐ by leaving a copy with a responsible person, at the principal office or place of business, to wit:

Name _____

Position _____

Address _____

On _____
                          *(Mo, day & year)*

_____
                  *(Signature of person making service)*

_____
                      *(Official title, if any)*

State _____

Parish/
County _____


### CERTIFICATION OF ATTENDANCE

I certify that the person named herein was in attendance and satisfactorily produced the records requested or gave oral testimony at

_____

On _____
                          *(Mo, day & year)*

_____
                  *(Signature of person making service)*

_____
                      *(Official title, if any)*

SUBPOENA

Attachment to Subpoena <u>PHX-12-74</u>          Dated _____          in Charge No.  <u>540-2009-04333</u>

EXHIBIT A

"Documents"  and "Documentation" means and includes any and all written, printed, typed, or graphic material, or other tangible mediums of reproduction or communication, of every kind and description, however produced or reproduced, including, but not limited to: correspondence, statements, memoranda, films, microfilms, microfiche, pictures, recordings of any type, e-mail, transcripts, notes, photographs, slides, drawings, sketches, diagrams, graphs, charts, forms letters, lists, reports, medical reports, studies, working papers, financial statements, bills, checks, vouchers, telegrams, abstracts, news releases, periodicals, rules, regulations, codes, contracts, agreements, notebooks, files, records, books, manuals, machine-readable documents from which any of the foregoing documents are or may be produced, documents contain, include and /or explain any and all codes appearing on said machine-readable documents, or material similar to any of the foregoing, however denominated, by whoever prepared, to whomever addressed, which are in possession, custody, or control of the person or entity to which this Subpoena is directed or to which such person or entity has, has had, or can obtain access.  Further, the term "documents" and/or "documentation" includes any copies or documents which are not identical duplicates of the originals, including, but not limited to, all drafts of whatever date, copies with typed or handwritten notations, and copies of documents the originals of which are not in the possession, custody, or control of the person or entity to which the Subpoena is directed.

# ATTACHMENT 5



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

| | |
|---|---|
| TO: | File |
| FROM: | Vanessa Hall, Federal Investigator |
| RE: | Interview with Amy Hannah |
| CASE: | Clinton Lee vs. Arizona Discount Movers; 540-2014-02671 |
| DATE: | July 1, 2014 |

Received a call from Amy Hannah, Owner of R. Ms. Hannah was very upset about the Charge served upon R on June 30, 2014. Ms. Hannah stated that she has a lawyer that will handle this, but continued to talk.

Hannah stated that Clinton was very lazy. Ms. Hannah stated that she can say that because it is true. Hannah stated that Clinton was suspended for not showing up – when on the scheduling board. Hannah stated that she was informed by Clinton's former employer that he was lazy.

When questioned about the doll, she admitted that she was there with the doll hanging – Hannah stated that the men are immature, a lot of them sit around and act like children and that she is the one who monitors things, there is a lot of gossip and other things that go on.

Hannah stated that after the incident, she did talk to Clinton and apologized to him. Hannah stated that it [the doll hanging] was not directed toward race, but this is what these guys do. Hannah stated that they were actually having a company meeting, and it was clear that it had nothing to do with race.

Hannah stated that one of Clinton's friends came to her and told her that Clinton was going to pull the race card. She stated that she was praying that this would not happen. Hannah stated that Clinton is just after money because he is lazy and does not want to work. Hannah stated that she is not paying for this; somebody is, but not her.

Hannah stated that this is not why Clinton quit, and that he kept working there after-the-fact, which is not what is on the Charge.  Hannah stated that she was told that the troll was up there because of the hairdo.

Hannah stated that she conducted interviews and no one admitted to hanging the doll.

Hannah admitted that she asked CP to take it down – and he took it down.

Hannah stated that she does not discriminate – she hires everyone, no matter what their color – God made everyone. Hannah stated that she believes that CP wants to pull the race card.

Hannah stated again, that she asked Clinton to take it down. Hannah stated that how he thought that it was him, she does not know. Hannah stated that it was CP who brought it to her attention.

Hannah stated that she did not know what it was until CP pointed it out – she asked him to

remove it and he took it down.

I asked her about the post-it-note with Clint's name on it – she stated that how does she know that Clinton did not put it there?

Hannah stated that this whole thing is preposterous and that she is going to have her lawyer deal with this – and Hannah abruptly hung up.

[End of Interview]

# ATTACHMENT 6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ  85012-2504
(602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

| TO: | Memo to File |
|---|---|
| FROM: | A. Flores, Investigator. |
| RE: | Clinton Lee vs. AZ Discount Movers |
| | Charge #:  540-2014-02671 |
| DATE: | 7/22/2014 |

The following is a summary of my telephone call to Amy Hannah, Owner, on July 22, 2014, but not verbatim:

V. Hall, Investigator, was present for the telephone call.

Amy stated she and her husband have each left a few voice messages and that I never returned her call after several messages.

Amy was informed that I did receive one voice message on July 16, from her husband, and one message from her on July 18.

Amy asked why I was barely returning her call.

Amy was informed that I am returning her call now and that I am not always in my office just available to return phone calls because I also work away from my office frequently.

Amy stated she is frustrated that she is barely receiving a returned call today.

Amy was told that I was returning her call now so what can I help her with because her concerns from her voice message are pretty clear, the subpoena requested information is due July 18th and the position statement request is due for Aug 15, that these are two separate requests.  Amy stated that she was confused on this and this is why she was trying to call the investigator to clarify but it took way to long to get a call back.

Amy was asked, are you going to submit the documents per the subpoena? Amy stated what happens if she does not.  Amy was told then the file would be sent to management for subpoena enforcement.  Amy then laughed at this time.

Amy was asked, "What is so funny?"  At this time Amy said, sure I will provide and wanted to know how does she provide the documents. Amy was told she can mail or hand-deliver the requested information.

Amy then stated, "well you people do not return phone calls so this is why the information is late."  Amy was told the dates are pretty clear and the information from the subpoena was late.

Amy again stated, "well you people don't return phone calls."  At this time, I asked Amy if she was done.  Amy continued yelling but I was not able to understand what Amy was saying since she was yelling.  I disconnected the phone call at this time.

END OF INTERVIEW

(AEF)

# ATTACHMENT 7



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Phoenix Status Line: (602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071
Website: www.eeoc.gov

August 26, 2014

**VIA US MAIL**

Amy Hannah
Arizona Discount Movers
930 S. 67th Avenue
Phoenix, AZ 85043

RE:   Clinton Lee vs. Arizona Discount Movers
      EEOC Charge #: 540-2014-02671

Dear Ms. Hannah,

    This letter is to inform you that the Commission is withdrawing EEOC subpoena PHX 14-2 concerning the above mentioned case. Please feel free to contact me if you have any questions or concerns.

Rayford O. Irvin
District Director

# ATTACHMENT 8

EEOC Form 136
(11/09)

# UNITED STATES OF AMERICA

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# SUBPOENA

TO:  Amy Hannah                                             NO: PHX-14-27
     Arizona Discount Movers
     390 S. 67th Ave
     Phoenix, AZ 85043


IN THE MATTER OF:  Clinton Lee vs. Arizona Discount Movers

Charge No.  540-2014-02671


Having failed to comply with previous request(s) made by or on behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

☐ Testify before:          ☒ Produce and bring * or     ☒ Mail * the documents described below to:

☐ Produce access to the evidence described below for the purpose of examination or copying to:

Anick E. Flores, Investigator (602) 640-5031                    of the Equal Employment Opportunity Commission

at  3300 N. Central Ave, Suite 690, Phoenix, AZ 85012     on or by September 8, 2014     at  3 p.m.      o'clock

The evidence required is

All documents, including but not limited to, all records and videos, as described in Exhibit B.  See definition of "documents" in Exhibit A.


This subpoena is issued pursuant    ☒ (Title VII) 42 U.S.C. 2000e-9     ☐ (ADEA) 29 U.S.C. 626(a)     ☐ (EPA) 29 U.S.C. 209
                                    ☐ (ADA) 42 U.S.C. 12117(a)     ☐ (GINA) 42 U.S.C. 2000ff-6


ISSUING OFFICIAL (Typed name, title and address)          ON BEHALF OF THE COMMISSION

Rayford O. Irvin, District Director
3300 N. Central Ave, Suite 690                 *signature*          OCT 0 1 2014
Phoenix, AZ 85012-1848                                             Date

*NOTICE TO PERSON SUBPOENAED - The Commission will not pay witness fees or travel expenses for the delivery of required documents to a Commission office unless the box "Testify before" is also checked on the subpoena.

## SUBPOENA
### PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

☐ in person

☒ by certified mail

☐ by leaving a copy with a responsible person, at the principal office or place of business, to wit:

| | |
|---|---|
| Name | Amy Hannah |
| Position | Owner |
| Address | 390 S. 37th Ave, Phoenix, AZ 85043 |

On _____ OCT 0 1 2014

*(Mo, day & year)*

*Sharon Calawepi* [signature]

*(Signature of person making service)*

Control Clerk

*(Official title, if any)*

| | |
|---|---|
| State | Arizona |
| Parish/County | Maricopa |

### CERTIFICATION OF ATTENDANCE

I certify that the person named herein was in attendance and satisfactorily produced the records requested or gave oral testimony at

_____

On _____

*(Mo, day & year)*

_____

*(Signature of person making service)*

_____

*(Official title, if any)*

Attachment to Subpoena No. PHX-14-27
In Charge Number: 540-2014-02671


EXHIBIT A


"Documents" and "Documentation" means and includes any and all written, printed, typed, or graphic material, or other tangible mediums of reproduced or reproduced, including, but not limited to: correspondence, statements, memoranda, films, microfilms, microfiche, pictures, recordings of any type including audio and video recordings, transcripts, notes, photographs slides, drawings, sketches, diagrams, graphs, charts, forms, letters, lists, reports, medical reports, studies, working papers, financial statements, bills, checks, vouchers, telegrams, abstracts, news releases, periodicals, bulletins, circulars, diaries, calendars, disk calendars, rules, regulations, codes, contracts, agreements, notebooks, files, records, books, manuals, machine-readable documents from which any of the foregoing documents are or may be produced, documents which contain, any of the foregoing documents are or may be produced, documents which contain, include, and/or explain any and all codes appearing on said machine-readable documents, or material similar to any of the foregoing, however denominated, by whoever prepared, to whomever addressed, which are in the possession, custody or control of the person or entity to which this Subpoena is directed or to which such person or entity to which this Subpoena is directed or to which such person or entity has, has had, or can obtain access. Further, the "documents' and/or "documentation" includes any copies of documents which are not identical duplicates of the originals, including, but not limited to, all drafts of whatever date, copies with typed or handwritten notations, and copies of documents the originals of which are not in the possession, custody, or control of the person or entity to which the Subpoena is directed.


_____OCT 0 1 2014_____
Date

Rayford O. Irvin
District Director
Equal Employment Opportunity Commission
3300 North Central Ave., Ste. 690
Phoenix, AZ 85012-1848

Attachment to Subpoena No. PHX-14-27
In Charge Number: 540-2014-02671

EXHIBIT B

1. Videos of all crew member meetings occurring between May 10 and May 30, 2014.
2. Sign in sheets from all crew member meetings occurring between May 10 and May 30, 2014.
3. A copy of Respondent's employee handbook.
4. A copy of Respondent's anti-harassment policy.
5. A copy of Respondent's attendance policy to include the call-in policy and the process an employee is to use when requesting leave.
6. A copy of all formal or informal complaints lodged against Gary Carpenter, Warehouse Manager and a copy of any and all documents/interviews conducted in response to any of the complaints.
7. A copy of the sign in sheet from any training conducted on Title VII issues from January 1, 2012 to the present.
8. A copy of the daily driver assignment sheet (s) or any documents reflecting what drivers were assigned to which moving jobs from January 1, 2012 through the present.
9. A copy of all documents reflecting time off requests submitted by crew members from January 1, 2012 to the present.
10. A list of all individuals employed at this location from January 1, 2012 to the present, reflecting name, race/ethnicity, job title, date of hire, last date of employment (if no longer employed), date of birth, phone number and last known address.

OCT 0 1 2014
_____
Date

_____
Rayford O. Irvin
District Director
Equal Employment Opportunity Commission
3300 North Central Ave., Ste. 690
Phoenix, AZ 85012-1848

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7011 2000 0001 6373 7033

| Postage | $ Subpoena # PHX-14-27 |
| Certified Fee | 540-2014-02671 |
| Return Receipt Fee (Endorsement Required) | Clinton Lee   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To Amy Hannah, Owner, Arizona Discount Movers
Street, Apt. No. or PO Box No. 390 S. 6th Avenue
City, State, ZIP+4 Phoenix, AZ 85043

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amy Hannah, Owner
Arizona Discount Movers
390 S. 6th Avenue
Phoenix, AZ 85043
SUBPOENA #PHX-14-27
540-2014-02671 Clinton Lee

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Stefanie Valdez_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Stefanie Valdez

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 2000 0001 6373 7033

PS Form 3811, July 2013          Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE
PHOENIX
AZ 852
03 OCT '14

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Avenue, Suite #690
Phoenix, Arizona 85012-2504

Attn: Anick Flores

2250465

# ATTACHMENT 9



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Phoenix Status Line: (602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071
Website: www.eeoc.gov

October 2, 2014

**VIA US MAIL**

Amy Hannah
Arizona Discount Movers
930 S. 67th Avenue
Phoenix, AZ 85043

RE:   Clinton Lee vs. Arizona Discount Movers
      EEOC Charge #:  540-2014-02671

Dear Ms. Hannah,

   This letter is to inform you that the Commission is withdrawing EEOC subpoena PHX 14-27 concerning the above mentioned case due to an error in the requested response date. Please feel free to contact me if you have any questions or concerns.

Rayford O. Irvin
District Director

# ATTACHMENT 10

EEOC Form 136
(11/09)

# UNITED STATES OF AMERICA

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# SUBPOENA

TO:  Amy Hannah                                               NO: PHX-15-01
     Arizona Discount Movers
     390 S. 67th Ave
     Phoenix, AZ 85043


IN THE MATTER OF:  Clinton Lee vs. Arizona Discount Movers

Charge No.  540-2014-02671


Having failed to comply with previous request(s) made by or on behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

☐ Testify before:          ☒ Produce and bring * or   ☒ Mail * the documents described below to:

☐ Produce access to the evidence described below for the purpose of examination or copying to:

Anick E. Flores, Investigator (602) 640-5031              of the Equal Employment Opportunity Commission

at  3300 N. Central Ave, Suite 690, Phoenix, AZ 85012      on or by October 17, 2014      at  3 p.m.       o'clock

The evidence required is

All documents, including but not limited to, all records and videos, as described in Exhibit B.  See definition of "documents" in Exhibit A.


This subpoena is issued pursuant   ☒ (Title VII) 42 U.S.C. 2000e-9    ☐ (ADEA) 29 U.S.C. 626(a)   ☐ (EPA) 29 U.S.C. 209

                                   ☐ (ADA) 42 U.S.C. 12117(a)          ☐ (GINA) 42 U.S.C. 2000ff-6


ISSUING OFFICIAL (Typed name, title and address)        ON BEHALF OF THE COMMISSION


     Rayford O. Irvin, District Director
     3300 N. Central Ave, Suite 690                                            OCT 0 6 2014
     Phoenix, AZ 85012-1848
                                                                              Date

*NOTICE TO PERSON SUBPOENAED - The Commission will not pay witness fees or travel expenses for the delivery of required documents to a Commission office unless the box "Testify before" is also checked on the subpoena.

# SUBPOENA

## PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

☐    in person

☒ x    by certified mail

☐    by leaving a copy with a responsible person, at the

   principal office or place of business, to wit:

Name            Amy Hannah

Position         Owner

Address        390 S. 67th Avenue     Phoenix, Arizona 85043

On              October 6, 2014
                              *(Mo, day & year)*

*(Signature of person making service)*

Control Clerk

*(Official title, if any)*

State            Arizona

Parish/
County         Maricopa

## CERTIFICATION OF ATTENDANCE

I certify that the person named herein was in attendance and satisfactorily produced the records requested or gave oral testimony at

On

*(Mo, day & year)*

*(Signature of person making service)*

*(Official title, if any)*

Attachment to Subpoena No. PHX-15-01
In Charge Number: 540-2014-02671

EXHIBIT A

"Documents" and "Documentation" means and includes any and all written, printed, typed, or graphic material, or other tangible mediums of reproduced or reproduced, including, but not limited to: correspondence, statements, memoranda, films, microfilms, microfiche, pictures, recordings of any type including audio and video recordings, transcripts, notes, photographs slides, drawings, sketches, diagrams, graphs, charts, forms, letters, lists, reports, medical reports, studies, working papers, financial statements, bills, checks, vouchers, telegrams, abstracts, news releases, periodicals, bulletins, circulars, diaries, calendars, disk calendars, rules, regulations, codes, contracts, agreements, notebooks, files, records, books, manuals, machine-readable documents from which any of the foregoing documents are or may be produced, documents which contain, any of the foregoing documents are or may be produced, documents which contain, include, and/or explain any and all codes appearing on said machine-readable documents, or material similar to any of the foregoing, however denominated, by whoever prepared, to whomever addressed, which are in the possession, custody or control of the person or entity to which this Subpoena is directed or to which such person or entity to which this Subpoena is directed or to which such person or entity has, has had, or can obtain access. Further, the "documents' and/or "documentation" includes any copies of documents which are not identical duplicates of the originals, including, but not limited to, all drafts of whatever date, copies with typed or handwritten notations, and copies of documents the originals of which are not in the possession, custody, or control of the person or entity to which the Subpoena is directed.

OCT 0 6 2014
_____
Date

_____
Rayford O. Irvin
District Director
Equal Employment Opportunity Commission
3300 North Central Ave., Ste. 690
Phoenix, AZ 85012-1848

Attachment to Subpoena No. PHX-15-01
In Charge Number: 540-2014-02671

EXHIBIT B

1. Videos of all crew member meetings occurring between May 10 and May 30, 2014.
2. Sign in sheets from all crew member meetings occurring between May 10 and May 30, 2014.
3. A copy of Respondent's employee handbook.
4. A copy of Respondent's anti-harassment policy.
5. A copy of Respondent's attendance policy to include the call-in policy and the process an employee is to use when requesting leave.
6. A copy of all formal or informal complaints lodged against Gary Carpenter, Warehouse Manager and a copy of any and all documents/interviews conducted in response to any of the complaints.
7. A copy of the sign in sheet from any training conducted on Title VII issues from January 1, 2012 to the present.
8. A copy of the daily driver assignment sheet (s) or any documents reflecting what drivers were assigned to which moving jobs from January 1, 2012 through the present.
9. A copy of all documents reflecting time off requests submitted by crew members from January 1, 2012 to the present.
10. A list of all individuals employed at this location from January 1, 2012 to the present, reflecting name, race/ethnicity, job title, date of hire, last date of employment (if no longer employed), date of birth, phone number and last known address.

_____OCT 0 6 2014_____
Date

Rayford O. Irvin
District Director
Equal Employment Opportunity Commission
3300 North Central Ave., Ste. 690
Phoenix, AZ 85012-1848

# ATTACHMENT 11

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | SUBPOENA # PHX-15-01 |
| Certified Fee | 540-2014-2671 |
| Return Receipt Fee (Endorsement Required) | Clinton Lee v. Az Discount Movers |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Amy Hannah - Owner
Street, Apt. No.; or PO Box No. Arizona Discount Movers
City, State, ZIP+4 390 S. 67th Ave  Phoenix, AZ 85043

7011 2000 0001 6373 7088

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amy Hannah, Owner
Arizona Discount Movers
390 S. 67th Ave
Phoenix, AZ 85043
SUBPOENA # PHX-15-01
540-2014-02671  Clinton Lee

2. Article Number
(Transfer from service label)      7011 2000 0001 6373 7088

PS Form 3811, July 2013    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A
☐ Agent
☐ Addressee

B. Received by (Printed Name)  William J McThon  C. Date of Delivery 10/9/14

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

UNITED STATES POSTAL SERVICE
PHOENIX
AZ 852
09 OCT '14

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Avenue, Suite #690
Phoenix, Arizona 85012-2504

Attn: Anick Flores

2250465

# ATTACHMENT 12

October 14th 2014

RE: Charge Number: 540-2014-02671

Clinton Lee

To whom it may concern,

We have received several subpoenas since this charge has been placed on Arizona Discount Movers. To begin, we received letters for the last 2 subpoena's stating that all of the charges have been withdrawn. After receiving these two letters, stating the Subpoenas had been withdrawn, I stopped working on submitting anything, thinking the frivolousness of this claim was justly recognized. However, much to my surprise this was not the case at all. With your seemingly unprofessional contradictions, I became more and more confused. I received your last subpoena on October 5th, 2014 saying I had until September 5th, 2014 to submit all the requested paperwork. I was served with that letter on October 5, 2014!! How can I submit anything when the due date was in September but I did not receive the letter until October 5th, 2014? In the meantime, I had been repeatedly calling for Anick Flores who I thought was my investigator. I left several messages, 7 or more, trying to get an explanation regarding the confusion about the withdrawals and submittal dates for this subpoena. No return call was ever received... from anyone. In desperation I called the 1-800 number listed on the forms on October 17th, 2014, and waited on hold for 45 min, to which no one ever responded. I proceeded to go to EOC online and look up random numbers for various different employees. I finally got a hold of Patricia Miner, only to be told that I probably never heard from my Investigator Anick Flores because she was no longer my investigator! She had apparently been assigned to another office. Patricia then informed me that the 2 different Subpoena's in question both had some kind of wrong information on them, so they were withdrawn and a new one was sent out on October 6th, 2014. However, this latest subpoena was never received by anyone at AZ Discount Movers! They said it was sent certified, and that it had a due date of October 17th, 2014, the deadline date I needed to have all paperwork into them.

 At this point I am completely frustrated at the level of inefficiency and unprofessionalism of the staff and procedures, or lack of, with this case. I fail to see how anyone can have a fair case when dates are mishandled, investigators are replaced without notifying, at any time, the party who has been served. In regards to who my replacement investigator is, I was told they do not know yet. This is evidenced by the fact that Anick Flores is still listed as our investigator on correspondence material. I would greatly appreciate these matters to be looked into, so I can be assigned an investigator, and be given fair and corrected subpoena dates to submit the appropriate materials requested. At a minimum, we are asking for the courtesy and professionalism expected from an organization who is pointing such serious and potentially damaging allegations our way. In addition, due to the questionable handling of your correspondence attempts, we are requesting an extension on this matter, and to be notified immediately as to who our current investigator will be. In doing so, we will do our best as professionals to move forward and submit our responses to these blatantly false allegations with confidence that a fair and truthful outcome will be realized.

Sincerely,

Amy Hannah, Owner

Arizona Discount Movers

# Arizona Discount Movers LLC
## Employee Details


#10

| Personal Info | Pay Info | Tax Info |
|---|---|---|
| *Zachariah Ahloo<br><br><br>Hired: 08/30/2013<br>Term: yes<br>Born: ██/1990 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Pacific Islander |
| *Robert Allen<br><br><br>Hired:<br>Term: yes<br>Born: ██/1973 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 7<br>AZ: 0%<br>Caucasian |
| *Jose Almanza<br><br><br>Hired:<br>Term: yes<br>Born: ██/1982 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 2.7%<br>Hispanic<br>Phone# Unknown |
| Kobeny Alvarez<br><br><br>Hired:<br>Born: ██/1990 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 1.8%<br>Hispanic |
| James Amador<br><br><br>Hired: 05/10/2014<br>Born: ██/2013 | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 0.8%<br>Hispanic |
| *Kywan Anglin<br><br><br>Hired: 06/25/2012<br>Term: 07/10/2012<br>Born: ██ 1978 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Married / 5<br>AZ: 1.3%<br>Caucasian |
| *Michael A. Armstrong<br><br><br>Hired:<br>Term: yes<br>Born: ██/1982 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 0.8%<br>African American |
| Youseff Atchi<br><br><br>Hired:<br>Born: ██/1980 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment:<br>    Health Net of AZ  $15.00<br>    Aflac  $24.51<br>Company Contributions:  None | Fed: Single / 3<br>AZ: 1.8%<br>Caucasian |
| *Rodolfo Avila | Regular Pay: $10.00/hr<br>By: Check | Fed: Single / 1 |

| | Deductions/Garnishment: None<br>Company Contributions: None | AZ: 0.8%<br><br>*Hispanic*<br>*phone#unknown* |
|---|---|---|
| Hired: 07/26/2013<br>Term: yes<br>Born: ███/1990 | | |
| *Cesar Avitia<br>████████ | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Health Net of AZ  $10.00<br><br>Company Contributions:  None | Fed: Single / 1<br>AZ: 1.8%<br><br>*Hispanic*<br>*phone#unknown* |
| Hired:<br>Term: yes<br>Born: ███/1964 | | |
| *Michael Barrs<br>████████ | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions:  None | Fed: Single / 6<br>AZ: 0.8%<br><br>*AfricanAmerican*<br>████████ |
| Hired:<br>Term: 08/07/2012<br>Born: ███/1968 | | |
| *Roberto Bedenbender<br>████████ | By: Check<br>Deductions/Garnishment: None<br>Company Contributions:  None | SSN:<br>Fed: Single / 0<br>AZ:<br><br>*Hispanic*<br>████████ |
| Hired:<br>Term: yes<br>Born ████/1985 | | |
| Roberto Bedenbender<br>████████ | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions:  None | Fed: Married / /<br>AZ: 0.8%<br><br>*Hispanic*<br>████████ |
| Hired: ███/1985 | | |
| *Laronda Berry<br>████████ | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions:  None | Fed: Single / 3<br>AZ: 2.7%<br><br>*Caucasian* |
| Hired: 08/31/2013<br>Term: yes<br>Born: ███/1963 | | |
| *Joel Bierman<br>████████ | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 1.8%<br><br>*Hispanic*<br>████████ |
| Hired:<br>Term: yes<br>Born: ███/1990 | | |
| Jerad Boggs<br>████████ | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Aflac  $29.76<br><br>Company Contributions:  None | Fed: Single / 4<br>AZ: 2.7%<br><br>*Caucasian* |
| Hired: 09/28/2013<br>Born: ███/1985 | | |
| Michael Bracamonte<br>████████ | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions:  None | Fed: Single / 5<br>AZ: 0.8%<br><br>*Hispanic*<br>████████ |
| Hired: 06/13/2014<br>Born: ███/1982 | | |
| *Dorwin Brewer | Regular Pay: $10.00/hr | |



Hired: 08/01/2013
Term: yes
Born: ███/1975

| *Donald Brown | Regular Pay: $9.00/hr | Fed: Single / 1 |
| (redacted) | By: Check | AZ: 1.8% |
| | Deductions/Garnishment: None | african American |
| | Company Contributions: None | |
| Hired: 09/23/2013 | | (redacted) |
| Term: yes | | |
| Born: ███/1963 | | |

| Simon Brown | Regular Pay: $10.00/hr | Fed: Single / 4 |
| (redacted) | By: Check | AZ: 0.8% |
| | Deductions/Garnishment: | african American / caucasian |
| | CHILD SUPP | |
| Hired: | Company Contributions: None | (redacted) |
| Born: ███/1967 | | |

| *Jeffery Bryant | Regular Pay: $12.00/hr | Fed: Single / 2 |
| (redacted) | By: Check | AZ: 0.8% |
| | Deductions/Garnishment: None | Caucasian |
| | Company Contributions: None | |
| Hired: 03/06/2013 | | (redacted) |
| Term: yes | | |
| Born: ███/1971 | | |

| *Michael Butcher | Regular Pay: $10.00/hr | Fed: Single / 6 |
| (redacted) | By: Check | AZ: 0% |
| | Deductions/Garnishment: None | Caucasion |
| | Company Contributions: None | |
| Hired: | | (redacted) |
| Term: 06/30/2012 | | |
| Born: ███/1980 | | |

| *Adam Campbell | Regular Pay: $12.00/hr | Fed: Single / 0 / $5.00 |
| (redacted) | By: Check | AZ: 3.6% / $5.00 |
| | Deductions/Garnishment: None | African American |
| | Company Contributions: None | |
| Hired: 08/15/2013 | | (redacted) |
| Term: yes | | |
| Born: ███1977 | | |

| *Francisco Campos | Regular Pay: $10.00/hr | Fed: Single / 2 |
| (redacted) | By: Check | AZ: 1.8% |
| | Deductions/Garnishment: None | Hispanic |
| | Company Contributions: None | |
| Hired: | | (redacted) |
| Term: 10/16/2012 | | |
| Born: ███1987 | | |

| Gary Carpenter | Salary: $1,000.00/Week | Fed: Single / 2 |
| (redacted) | By: Check | AZ: 2.7% |
| | Deductions/Garnishment: | - Caucasian |
| | Health Net of AZ  $15.00 | |
| | Aflac  $8.85 | |
| | Ch.Supp | |
| Hired: | Company Contributions: None | (redacted) |
| Born: ███/1961 | | |

| Carlos Carrasco | Regular Pay: $10.00/hr | Fed: Single / 4 |
| (redacted) | By: Check | AZ: 0.8% |
| | Deductions/Garnishment: None | - hispanic |
| | Company Contributions: None | |
| Hired: 07/28/2014 | | (redacted) |
| Born: ███/1981 | | |

| *Darren Carter | Regular Pay: $11.00/hr | Fed: Single / 3 |
| (redacted) | By: Check | AZ: 0.8% |
| | Deductions/Garnishment: None | african american |
| | Company Contributions: None | |

| | | |
|---|---|---|
| ,Hired:<br>Term: 06/30/2012<br>Born: ▉/1964 | | |
| *Greg Caulton<br>▉<br><br>Hired:<br>Term: 01/30/2013<br>Born: ▉ 1960 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 7<br>AZ: 0%<br>*African American*<br>▉ ▉ |
| *Joseph Ceja<br>▉<br><br>Hired: 10/17/2013<br>Term: yes<br>Born: ▉/1977 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 5.1%<br>*Hispanic*<br>▉ |
| *Frank Chavez<br>▉<br><br>Hired:<br>Term: yes<br>Born: | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Married / 2<br>AZ: 1.8%<br>*Hispanic*<br>*Phone# unknown* |
| *Ronald Chung<br>▉<br><br>Hired:<br>Term: yes<br>Born: ▉1968 | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Health Net of AZ  $48.59<br>  Aflac  $38.73<br>  Child S.<br><br>Company Contributions: None | Fed: Married / 1<br>AZ: 1.8%<br>*African American*<br>▉ |
| *Corvaris Clark<br>▉<br><br>Hired:<br>Term: yes<br>Born: ▉/1985 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 1.3%<br>*Caucasian*<br>*phone # unknown* |
| *Stephen Cota<br>▉<br><br>Hired:<br>Term: 08/21/2012<br>Born: ▉/1984 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 5<br>AZ: 1.8%<br>*-Hispanic*<br>*-phone# unknown* |
| Carl Cowens<br>▉<br><br>Hired:<br>Born: ▉/1963 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 1<br>AZ: 1.3%<br>*- Caucasian*<br>▉ |
| Jessie Darrin<br>▉<br><br>Hired:<br>Born: ▉/1982 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 0.8%<br>*Hispanic*<br>▉ |
| Shannon Darrin<br>▉ | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment: None | Fed: Single / 6<br>AZ: 0.8%  *Hispanic* |



| | | |
|---|---|---|
| | Company Contributions: None | Hispanic |
| Hired:<br>Born:        1979 | | |
| *Andrew Davis | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 1<br>AZ: 1.3%<br>african American |
| Hired:<br>Term: yes<br>Born:        /1981 | | |
| *Anthony Davis | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 0.8%<br>africanAmerican<br>unknown phone# |
| Hired:<br>Term: yes<br>Born:        /1983 | | |
| *Ruben Delgado | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 1<br>AZ: 2.7%<br>Hispanic |
| Hired:<br>Born:        /1988 | | |
| *Xavier Demouchet | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 1.8%<br>africanamerican |
| Hired: 08/09/2013<br>Term: yes<br>Born:        /1974 | | |
| *Mario M. Diaz | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 1.3%<br>Hispanic<br>Nophone# |
| Hired:<br>Term: yes<br>Born: | | |
| Renee Diaz | Regular Pay: $15.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Aflac  $26.76<br>  Health Net of AZ  $15.00<br><br>Company Contributions: None | Fed: Single / 3<br>AZ: 0.8%<br>Hispanic |
| Hired: 09/02/2013<br>Born:        /1976 | | |
| *Bryce Dimattio | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 1.8%<br>-Caucasian |
| Hired:<br>Term: 11/27/2012<br>Born:        /1976 | | |
| Carl Doughty | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 6<br>AZ: 0.8%<br>Caucasian |
| Hired:<br>Born:        1978 | | |
| Darelle Drew | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None | Fed: Single / 2<br>AZ: 0.8% African American |



| | | |
|---|---|---|
| ·Hired:<br>Born: ████ /1974 | Company Contributions: None | *African American* ████ ████ |
| *Cody Edmond<br>████████ ███<br>Hired:<br>Term: yes<br>Born: ████ /1984 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 0.8%<br>*African American*<br>████████ |
| Demontez Ehlers<br>████████ ███<br>████████<br>Hired:<br>Born: ████ /1990 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 2.7%<br>*African American*<br>████ ████ ██ |
| *Michael Emerson<br>████████ ███<br>Hired:<br>Term: 06/30/2012<br>Born: ████ /1967 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 0%<br>– *African American*<br>████████ |
| *Matthew J. Ferguson<br>███████ ██<br>Hired:<br>Term: yes<br>Born: '976 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 0%<br>*Caucasian*<br>*No phone #* |
| *Sean Flynn<br>███████ ██<br>Hired:<br>Term: 06/30/2012<br>Born: ████ 1964 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Do Not Withhold / 0<br>AZ: 0%<br>*Caucasian*<br>████████ |
| *Jimmy Freitas<br>████████ ███<br>Hired: 07/22/2013<br>Term: yes<br>Born: ████ /1975 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Married / 13<br>AZ: 0.8%<br>*Hispanic*<br>████████ ████ |
| Jonathan L. Fuimaono<br>████████ ███<br>Hired: 05/05/2014<br>Born: ████ 1989 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 1.3%<br>*Samoan*<br>████████ |
| *Mary K. Gaines<br>901 E. Ruth Ave<br>Hired:<br>Term: yes<br>Born: ████ 1960 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 1<br>AZ: 1.8%<br>*Caucasian*<br>*Phone # unknown* |
| Tyrece Gaines<br>████████ ████<br>Hired: ████ /2014 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 1.8%<br>*African American*<br>████████ ████ |

| *Michael Gardner | Regular Pay: $10.00/hr | Fed: Single / 1 |
| ██████████ | By: Check | AZ: 1.8% |
| | Deductions/Garnishment:  None | |
| | Company Contributions:  None | caucasian |
| Hired: | | Nophone# |
| Term: 06/30/2012 | | |
| Born: ██ /1985 | | |

| *Charles E. Gastineau | Regular Pay: $13.00/hr | Fed: Single / 8 |
| ██████████ | By: Check | AZ: 0% |
| | Deductions/Garnishment:  None | Indian |
| | Company Contributions:  None | ██████ ██ |
| Hired: | | |
| Term: yes | | |
| Born: ██ /1976 | | |

| *Christopher Giadone | Regular Pay: $11.00/hr | Fed: Single / 1 |
| ██████████ | By: Check | AZ: 4.2% |
| | Deductions/Garnishment: | |
| | Ch Supp | Caucasian |
| Hired: | Company Contributions:  None | No phone # |
| Term: 06/30/2012 | | |
| Born: ██ /1966 | | |

| *Samuel Gillespie | Regular Pay: $12.00/hr | Fed: Married / 10 |
| ██████████ | By: Check | AZ: 0.8% |
| | Deductions/Garnishment:  None | Caucasian |
| | Company Contributions:  None | ██████ ██ |
| Hired: | | |
| Term: yes | | |
| Born: ██ /1986 | | |

| *Miron Gillett | Regular Pay: $11.00/hr | Fed: Married / 5 |
| ██████████ | By: Check | AZ: 1.8% |
| | Deductions/Garnishment:  None | African |
| | Company Contributions:  None | American |
| Hired: 08/02/2013 | | ██████████ |
| Term: yes | | |
| Born: ██ /1971 | | |

| *Myron Gillett | Regular Pay: $11.00/hr | Fed: Married / 5 |
| ██████████ | By: Check | AZ: 1.8% |
| | Deductions/Garnishment:  None | |
| | Company Contributions:  None | |
| Hired: 08/07/2013 | | |
| Term: yes | | |
| Born: ██ /1971 | | |

| *Bernard Glass | Regular Pay: $10.00/hr | Fed: Single / 2 |
| ██████████ | By: Check | AZ: 1.3% |
| | Deductions/Garnishment:  None | africanamerican |
| | Company Contributions:  None | ██████████ |
| Hired: 07/03/2012 | | |
| Term: yes | | |
| Born: ██ /1987 | | |

| *Bruce Gowland | Regular Pay: $13.00/hr | Fed: Married / 2 |
| ██████████ | By: Check | AZ: 1.8% |
| | Deductions/Garnishment:  None | Caucasian |
| | Company Contributions:  None | ██████████ |
| Hired: 08/30/2013 | | |
| Term: yes | | |
| Born: ██ /1962 | | |

| *Thomas Grace | Regular Pay: $10.00/hr | Fed: Single / 1 |
| ██████████ | By: Check | AZ: 1.8% |
| | Deductions/Garnishment:  None | Caucasian |
| | Company Contributions:  None | ██████████ |
| Hired: | | |
| Term: 06/30/2012 | | |
| Born: ██ /1984 | | |

| | | |
|---|---|---|
| ███████████ Hired: 10/28/2013 Term: yes Born: ████/1976 | By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 3 AZ: 1.8% *african american* ████████████ |
| *Samuel Gutierrez ███████████ Hired: Term: 06/30/2012 Born: ████/1991 | Regular Pay: $11.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 2           3 AZ: 0.8% *Hispanic* ████████████ |
| *Anthony Guzman ███████████ Hired: Term: 06/30/2012 Born: ████/1990 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 0 AZ: 3.6% *Caucasian* ████████████ |
| *Ryan Hankieson ███████████ Hired: Term: 09/04/2012 Born: ████/1983 | Regular Pay: $9.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Married / 3 AZ: 3.6% *african american* *phone# unknown* |
| Amy Hannah ███████████ ███████████ Hired: 12/01/2010 Born: ████/1976 | Salary: $50,000.00/Year By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 0 AZ: 3.6% *Caucasian* |
| *James Hansen ███████████ Hired: Term: yes Born: ████/1964 | Regular Pay: $12.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: married / 7 AZ: 1.3% *Caucasian* *phone# unknown* |
| Antonio Harris ███████████ Hired: 06/03/2014 Born: ████/1977 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 7 AZ: 0.8% *african american* ████████████ |
| *Daniel Henry ███████████ Hired: Term: 06/30/2012 Born: ████/1973 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 2 AZ: 2.7% *Caucasian* ████████████ |
| *Gregorio Hernandez ███████████ Hired: Term: 06/30/2012 Born: ████/1974 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 5 AZ: 0.8% *Hispanic* ████████████ |
| Ismael Hernandez ███████████ | Regular Pay: $12.00/hr By: Check | Fed: Single / 3 |

| | Company Contributions: None | Hispanic |
|---|---|---|
| Hired:<br>Born: ███/1980 | | |
| *Richard Herring<br>███████<br><br>Hired:<br>Term: 03/13/2013<br>Born: ███/1961 | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 0.8%<br>african american<br>phone# unknown |
| *Trevor Higgins<br>████████<br><br>Hired: 06/30/2012<br>Term: yes<br>Born: ███/1983 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 6<br>AZ: 0%<br>- caucasian |
| *Nigel Hopkins<br>███████<br><br>Hired: 08/24/2013<br>Term: yes<br>Born: ███/1980 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 1.3%<br>african american |
| *Jaun Jaquez<br>███████<br><br>Hired:<br>Term: yes<br>Born: ███/1969 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 2.7%<br>Hispanic<br>phone# unknown |
| *Sedgewick Johnson<br>████████<br><br>Hired: 07/08/2012<br>Term: 07/24/2012<br>Born: ███/1973 | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Married / 5<br>AZ: 0%<br>Caucasian<br>no phone # |
| *Anthony Jones<br>████████<br><br>Hired: 08/30/2013<br>Term: yes<br>Born: ███/1985 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 10<br>AZ: 0%<br>Hispanic |
| *Corey Jones<br>████████<br><br>Hired:<br>Term: yes<br>Born: ███/1980 | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 0%<br>african american |
| Kyle Jones<br>████████<br><br>Hired: 04/19/2014<br>Born: ███/1995 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 1<br>AZ: 0.8%<br>Caucasian |
| *Michael Kendrick<br>████████ | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None | Fed: Single / 3<br>AZ: 0% Caucasian |

| | | |
|---|---|---|
| Hired:<br>Term: yes<br>Born: ███/1963 | | |
| *Linton Keyton<br><br>Hired:<br>Term: 09/04/2012<br>Born: ███/1986 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 0.8%<br>-caucasian |
| Buddy Kiles<br><br>Hired:<br>Born: ███/1973 | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 1.8%<br>caucasian |
| *Clinton Lee<br><br>Hired: 09/17/2013<br>Term: yes<br>Born: ███/1976 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Aflac  $36.00<br><br>Company Contributions: None | Fed: Single / 7<br>AZ: 0%<br>african American |
| *Michael Lewis<br><br>Hired:<br>Term: yes<br>Born: ███/1969 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 0.8%<br>Caucasian<br>NO phone # |
| Edward Lopez<br><br>Hired: 04/19/2012<br>Born: ███/1970 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 0.8%<br>Hispanic |
| *Edward Lopez<br><br>Hired: 04/19/2014<br>Term: yes<br>Born: ███/1970 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | SSN:<br>Fed: Single / 0<br>AZ: |
| *Walter Manley<br><br>Hired:<br>Term: 02/05/2013<br>Born: ███/1974 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 1.8%<br>african American |
| *Alex Marquez<br><br>Hired:<br>Term: yes<br>Born: ███/1982 | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 3<br>AZ: 1.8%<br>Hispanic<br>NO phone # |
| *Jimmy Martinez<br> | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 30<br>AZ: 0%<br>Caucasian |

Hired:
Term: 03/05/2013
Born: ■■■/1975

| | | |
|---|---|---|
| *Tommy Martinez<br><br><br>Hired:<br>Term: 06/30/2012<br>Born: ■■■1974 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Married / 9<br>AZ: 1.3%<br><br>-Hispanic<br>-phone# unknown |
| *Raymond McDaniel<br><br><br>Hired:<br>Term: 07/24/2012<br>Born: ■■■/1966 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Married / 3<br>AZ: 0.8%<br><br>Caucasian<br>No phone # |
| *Ja'el McKeehan<br><br><br>Hired:<br>Term: 06/30/2012<br>Born: ■■■1979 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 5<br>AZ: 0.8%<br>-Caucasian |
| *Amy McTheny<br><br><br>Hired:<br>Term: yes<br>Born: ■■■/1975 | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 1<br>AZ: 2.7%<br><br>Caucasian<br>phone#unknown |
| William McTheny<br><br><br>Hired:<br>Born: ■■■1969 | Regular Pay: $14.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Married / 3   ?<br>AZ: 1.8%<br>Caucasian |
| *Oscar Medina Jr.<br><br><br>Hired: 02/13/2014<br>Term: yes<br>Born: ■■■1966 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 1.3%<br>Hispanic |
| Candido Mendoza<br><br><br>Hired:<br>Born: ■■■/1985 | Regular Pay: $14.00/hr<br>By: Check<br>Deductions/Garnishment:<br>   Health Net of AZ  $15.00<br>   Aflac  $8.85<br><br>Company Contributions: None | Fed: Do Not Withhold / 50<br>AZ: 0.8%<br>Hispanic |
| *Luis Mendoza<br><br><br>Hired:<br>Term: yes<br>Born: ■■■1989 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Married / 3<br>AZ: 0%<br>-Hispanic<br>-phone#unknown |
| *Chris Meyer | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 1<br>AZ: 1.8% |

Hired: 06/30/2012
Born: ██/1982

| | | |
|---|---|---|
| *Steve Mixon ████████████ Hired: Term: yes Born: ██1965 | Regular Pay: $15.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Married / 4 AZ: 0.8% *caucasian* *phone# unknown* |
| *Francisco Molina ████████████ Hired: Term: yes Born: ██1975 | By: Check Deductions/Garnishment: None Company Contributions: None | SSN: Fed: AZ: *Hispanic* ████████████ |
| *Jose Montalvo ████████████ Hired: 12/31/2013 Term: 03/24/2014 Born: ██1977 | Regular Pay: $12.00/hr By: Check Deductions/Garnishment: Health Net of AZ $0.00 CHS chsupport Company Contributions: None | Fed: Single / 2 AZ: 2.7% *Hispanic* ████████████ |
| *Michael Montano ████████████ Hired: Term: 06/30/2012 Born: ██/1990 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 2 AZ: 4.2% *Hispanic* ████████████ |
| Michael Montano ████████████ Hired: 05/28/2014 Born: ██/1990 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Married / 4 AZ: 3.6% *Caucasian* ████████████ `3 |
| *Randy Moore ████████████ Hired: Term: 09/04/2012 Born: ██1977 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 3 AZ: 0% *African american* ████████████ |
| *Lind Murry ████████████ Hired: Term: 06/30/2012 Born: ██1968 | Regular Pay: $11.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 4 AZ: 2.7% *Hispanic* *No phone#* |
| *James Nash ████████████ Hired: Term: yes Born: ██/1954 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 2 AZ: 0.8% *Caucasian* *No phone#* |
| Richard Navarrette ████████████ Hired: | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 2 AZ: 0% *Hispanic* *Phone# unknown* |

| | | |
|---|---|---|
| *Roy Olivas<br><br>Hired:<br>Term: yes<br>Born: ███1958 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  C Support<br><br>Company Contributions:  None | Fed: Single / 7<br>AZ: 0.8%<br><br>*Hispanic<br>phone# unknown* |
| *Roy Olivas Jr.<br><br>Hired:<br>Term: yes<br>Born: ███1982 | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 1.8%<br><br>*- Hispanic* |
| Johnny Orta<br><br>Hired:<br>Born: ███1986 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 1<br>AZ: 1.3%<br><br>*Hispanic* |
| *Gerald Ortegon<br><br>Hired: 09/05/2012<br>Term: yes<br>Born: ███1981 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 1.8%<br><br>*Hispanic<br>Phone# unknown* |
| *Joseph Ortegon<br><br>Hired:<br>Term: yes<br>Born: ███1985 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 4<br>AZ: 0.8%<br><br>*Hispanic* |
| *Renee Ortegon<br><br>Hired:<br>Term: 06/30/2012<br>Born: ███1973 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 1.3%<br><br>*- Hispanic<br>- phone# unknown* |
| Richard Overton<br><br>Hired: 05/28/2014<br>Born: ███1990 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 3<br>AZ: 0.8%<br><br>*Caucasian* |
| *Danny Pablos<br><br>Hired:<br>Term: 06/30/2012<br>Born: ███1979 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Chil Su<br><br>Company Contributions:  None | Fed: Single / 4<br>AZ: 1.8%<br><br>*Hispanic<br>No phone #* |
| Gabriel Padilla<br><br>Hired: 08/08/2013<br>Born: ███1977 | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  CHi Supp<br><br>Company Contributions:  None | Fed: Single / 5<br>AZ: 1.3%<br><br>*Hispanic* |
| Frank Palomo | Regular Pay: $10.50/hr<br>By: Check | Fed: Single / 2  *Hispanic* |

| | Deductions/Garnishment: None<br>Company Contributions: None | AZ: 0.8%<br>*Hispanic* |
|---|---|---|
| Hired: 07/16/2014<br>Born: /1982 | | |
| *HILARIO PARADA | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 0.8%<br>*Hispanic* |
| Hired: 10/05/2013<br>Term: yes<br>Born: 975 | | |
| Larry Pattenaude | Salary: $85,000.00/Year<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 0<br>AZ: 4.2%<br>-*Caucasian* |
| Hired: 01/01/2010<br>Born: 1971 | | |
| *Mathew Pennington | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions:<br>Health Net of AZ  $10.00 | Fed: Single / 3<br>AZ: 1.8%<br>*African American/<br>Caucasian<br>phone# unknown* |
| Hired:<br>Term: yes<br>Born /1979 | | |
| Frank Perez | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 6<br>AZ: 0%<br>*Hispanic* |
| Hired:<br>Born: /1980 | | |
| *William Pierce | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 2<br>AZ: 1.3%<br>*Caucasian* |
| Hired: 06/10/2013<br>Term: yes<br>Born: /1967 | | |
| *Isaac Pope | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 0.8%<br>-*Caucasian<br>- phone# unknown* |
| Hired:<br>Term: 09/04/2012<br>Born: /1989 | | |
| *Rene Quintero | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 2.7%<br>- *Hispanic* |
| Hired:<br>Term: 06/30/2012<br>Born: /1976 | | |
| *Alejandro Ramirez | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 4<br>AZ: 0.8%<br>*Hispanic* |
| Hired:<br>Term: 07/24/2012<br>Born: /1985 | | |
| Michael Rector | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment: None<br>Company Contributions: None | Fed: Single / 1<br>AZ: 1.3%<br>*Caucasian* |
| Hired: | | |



| Employee | Pay Info | Other |
|---|---|---|
| Born: ███ 1984 | | |
| *Cody Reed ███████ Hired: Term: 03/05/2013 Born: ███/1986 | Regular Pay: $12.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 2 AZ: 1.8% Caucasian Phone# unknown |
| *David Reyes ███████ Hired: Term: yes Born: ███/1984 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 2 AZ: 0.8% Hispanic Phone# unknown |
| *Tylor Reyes ███████ Hired: Term: yes Born: ███ 1991 | Regular Pay: $9.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 1 AZ: 1.3% Caucasian ███████ |
| *Jonathan Riggins ███████ Hired: 04/26/2014 Term: yes Born: ███ 1992 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 1 AZ: 1.3% African American ███████ |
| *Darrell Roots ███████ Hired: Term: 06/30/2012 Born: ███ 1988 | Regular Pay: $12.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 6 AZ: 0% African American ███████ |
| *April Sagarnaga ███████ Hired: Term: yes Born: ███/1982 | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 5 AZ: 1.3% Hispanic NO phone # |
| *Jerry Sagarnaga ███████ Hired: Term: yes Born: ███/1963 | Regular Pay: $13.00/hr By: Check Deductions/Garnishment: Health Net of AZ $15.57 Company Contributions: None | Fed: Single / 2 AZ: 1.3% Hispanic ███████ |
| *Raymond Sandoval ███████ Hired: Term: 01/08/2013 Born: ███ 1966 | Regular Pay: $12.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 1 AZ: 0.8% - Hispanic ███████ |
| *James Scott ███████ Hired: | Regular Pay: $10.00/hr By: Check Deductions/Garnishment: None Company Contributions: None | Fed: Single / 1 AZ: 0.8% - Caucasian ███████ |

Term: yes
Born: ██████1971

| | | |
|---|---|---|
| *Detrick Session<br><br>██████████<br><br>Hired:<br>Term: 08/14/2012<br>Born: ████1974 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Ch Support<br><br>Company Contributions:  None | Fed: Single / 8<br>AZ: 2.7%<br><br>- African American<br>- phone# unknown |
| *Marcus Simmons<br><br>████████<br><br>Hired: 08/15/2013<br>Term: yes<br>Born: ████1977 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 2.7%<br><br>African American<br>████████ |
| *Kenneth Smith<br><br>██████████<br><br>Hired: 02/05/2013<br>Term: 02/05/2013<br>Born: ████1967 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 7<br>AZ: 0%<br><br>African American<br>██████ |
| *Thomas Smith<br><br>████████<br><br>Hired:<br>Term: yes<br>Born: ████/1958 | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:<br>  Health Net of AZ  $10.00 | Fed: Single / 7<br>AZ: 0%<br><br>Caucasian<br>██████ |
| *Manuel Sterling<br><br>██████████<br><br>Hired: 07/22/2013<br>Term: 08/10/2013<br>Born: ████1980 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 1<br>AZ: 1.8%<br><br>African American<br>No phone # |
| *Michelle Stidd<br><br>██████████<br><br>Hired: 08/26/2013<br>Term: 11/29/2013<br>Born: ████/1980 | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 11<br>AZ: 1.3%<br><br>Caucasian<br>No phone # |
| *Brandon Suarez<br><br>██████████<br><br>Hired:<br>Term: yes<br>Born: ████/1979 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 3<br>AZ: 0.8%<br><br>Caucasian<br>██████████ |
| *Jamie Swearingen<br><br>██████████<br><br>Hired: 04/26/2014<br>Term: yes<br>Born: ████1989 | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 0.8%<br><br>Caucasian<br>██████████ |
| *Richard Tang<br><br>██████████<br><br>Hired: | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 1<br>AZ: 0% |

| | | |
|---|---|---|
| Born: ▮1969 | | |
| *Kenneth Taraldsen<br>▮<br><br>Hired:<br>Term: 07/01/2014 7:53 PM Pacific<br>Born: ▮1975 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 3<br>AZ: 0.8%<br><br>*Caucasian*<br><br>*no phone#* |
| *Patrick Tarango<br>▮<br><br>Hired:<br>Term: 07/24/2012<br>Born: ▮/1957 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2 / $10.00<br>AZ: 4.2%<br><br>*Caucasian*<br><br>*No phone#* |
| *Danny Tarkington<br>▮<br><br>Hired: 10/01/2013<br>Term: yes<br>Born:      1964 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Married / 1<br>AZ: 1.8%<br>*african American*<br>▮ |
| *Theresa M. Theile<br>▮<br><br>Hired: 05/20/2013<br>Term: yes<br>Born: ▮/1961 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 1<br>AZ: 0.8%<br>*Caucasian*<br>▮ |
| Steven Tolifson<br>▮<br><br>Hired: 09/04/2013<br>Born: ▮1984 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Health Net of AZ  $15.00<br>  Aflac  $21.51<br>  child Spo<br><br>Company Contributions:  None | Fed: Single / 3<br>AZ: 0%<br>*Caucasian*<br>▮ |
| *Maurice Trimble JR.<br>▮<br><br>Hired:<br>Term: yes<br>Born: ▮1979 | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 8<br>AZ: 0%<br>*african american*<br><br>▮ |
| Michael Trujillo<br>▮<br><br>Hired: 07/18/2014<br>Born: ▮1985 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 2.7%<br>*Hispanic*<br>▮ |
| *Vernon Turner Jr<br>▮<br><br>Hired:<br>Term: yes<br>Born: ▮1981 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 1<br>AZ: 1.3%<br>*-Caucasian*<br>▮ |
| *Michael Valdez<br>▮<br><br>Hired: 08/28/2013 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 3<br>AZ: 4.2%<br>*Hispanic*<br>▮ |

| | | |
|---|---|---|
| Term: yes<br>Born: ███/1990 | | |
| *Victor Valdez<br>██████████<br><br>Hired:<br>Term: 06/30/2012<br>Born: ███/1980 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 1.3%<br><br>— Hispanic<br>██████████ |
| *Kelvin Vale<br>██████████<br><br>Hired:<br>Term: yes<br>Born: ███/1990 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 1.8%<br><br>Caucasian<br>██████████ |
| *Luis Villegas<br>██████████<br><br>Hired: 02/05/2013<br>Term: yes<br>Born: ███/1986 | Regular Pay: $10.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Married / 3<br>AZ: 1.3%<br><br>Hispanic<br>██████████ |
| Andre Waddy<br>██████████<br><br>Hired: 07/16/2014<br>Born: ███/1973 | Regular Pay: $9.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 3<br>AZ: 0.8%<br><br>african american<br>██████████ |
| *Mike E. Wallace<br>██████████<br><br>Hired:<br>Term: 06/30/2012<br>Born: ███/1973 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Married / 2<br>AZ: 0.8%<br><br>caucasian<br>██████████ |
| *Anthony Washington<br>██████████<br><br>Hired:<br>Term: 08/21/2012<br>Born: ███/1965 | Regular Pay: $12.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 5<br>AZ: 0%<br><br>African American<br>██████████ |
| *Hure White<br>██████████<br><br>Hired: 11/27/2013<br>Term: yes<br>Born: ███/1984 | Regular Pay: $13.00/hr<br>By: Check<br>Deductions/Garnishment:<br>  Aflac  $17.58<br><br>Company Contributions:  None | Fed: Single / 3<br>AZ: 1.8%<br><br>African American<br><br>phone# unknown |
| *Christopher Zurline<br>██████████<br><br>Hired: 08/01/2013<br>Term: 08/01/2013<br>Born: ███/1976 | Regular Pay: $11.00/hr<br>By: Check<br>Deductions/Garnishment:  None<br>Company Contributions:  None | Fed: Single / 2<br>AZ: 1.8%<br><br>Caucasian<br>██████████ |

#3

# ADM EMPLOYEE HANDBOOK



ADM EMPLOYEE HANDBOOK



Table Of Contents

Introduction ............................................. 3
Employment Policies & Procedures ........................... 4
Hours of Work and Pay ..................................... 14
Mandatory Employee Benefits .............................. 18
Optional Employee Benefits ............................... 21
Employee Conduct/ Responsibilities ....................... 22
Additional Policies ...................................... 34
Acknowledgement .......................................... 37

Welcome
Revised: 07/28/2014 | Effective: 03/28/2014

We believe that every employee helps to make Arizona Discount Movers successful. We hope that you will be proud to be a member of our team.

This handbook describes many of our policies and outlines the programs and benefits available to eligible employees.

The handbook will answer many questions you may have about your employment at Arizona Discount Movers. We suggest that you become familiar with the handbook as soon as possible.

We hope that your experience here will be challenging, enjoyable, and rewarding. Again, welcome to the Arizona Discount Movers team!

Introductory Statement
Revised: 07/01/2014 | Effective: 03/28/2014

This ADM handbook has been prepared to provide our employees with a general understanding of our personnel policies, work rules and benefits. All employees are responsible for becoming familiar with our policies and procedures. If you have any questions regarding the material in the handbook, please contact your supervisor or any other member of management for clarification.

The handbook should not be construed as an employment contract or agreement for employment for any specified period of time. We reserve the right to make changes to these policies at any time. When changes are necessary, we will provide you with amended pages for your handbook.

Customer Relations
Revised: 04/07/2014 | Effective: 03/28/2014

Our customers are vital to the success of our business. Every employee represents Arizona Discount Movers to the customers and to the public. One of the highest priorities at Arizona Discount Movers is to help our customers or potential customers. *Nothing is more important than being honest, courteous, friendly, prompt, and helpful to ALL customers.*

If a customer wants to make a specific comment or a complaint, you should direct the person to a Manager for appropriate action. Your interactions with customers, your telephone manners, and any communication with customers reflect not only on

you but also on the professionalism of Arizona Discount Movers.

Good customer relations build strong customer loyalty.

ADA Accommodation
Revised: 01/24/2014 | Effective: 03/28/2014

Reasonable accommodation is available to an employee with a disability when the disability affects the performance of job functions. We make our employment decisions based on the merits of the situation in accordance with defined criteria, not the disability of the individual.

Qualified individuals with disabilities are entitled to equal pay and other forms of compensation (or changes in compensation) as well as job assignments, classifications, organizational structures, position descriptions, lines of progression, and seniority lists.

We make all types of leaves of absence available to all employees on an equal basis. Arizona Discount Movers is also committed to not discriminating against any qualified employee or applicant because the person is related to or associated with a person with a disability.

Arizona Discount Movers will follow any state or local law that gives more protection to a person with a disability than the ADA gives. Arizona Discount Movers is committed to taking all other actions that are necessary to ensure equal employment opportunity for persons with disabilities in accordance with the ADA and any other applicable federal, state, and local laws.

Employment-At-Will
Revised: 04/07/2014 | Effective: 03/28/2014

This handbook is not a contract of employment. Any individual may voluntarily leave the employment of the company upon proper notice or may be terminated at any time and for any reason as long as there is not violation of federal, state or local law. The handbook is an overview of our policies and benefits. Its content is subject to change at any time at the company's discretion.

Equal Employment Opportunity
Revised: 07/28/2014 | Effective: 03/28/2014

Arizona Discount Movers adheres to all federal, state and local laws regarding equal employment opportunity. We provide equal opportunities for all employees and applicants for employment without regard to sex, age, race, religion,

national origin, citizenship status, physical or mental disability, or any service, past, present, or future, in the uniformed services of the United States. It is the responsibility of everyone in management to ensure that equal consideration be given to all applicants and employees in personnel actions, which include recruiting and hiring, selection for training, promotion, demotion, discipline, rates of pay or other compensation, transfer, layoff, recalls, and terminations.

**Specific to employees in Arizona**

Arizona law prohibits discrimination against employees based on genetic test results.

In addition, the City of Tucson prohibits discrimination on the basis of sexual orientation, gender identity, familiar status and marital status. The City of Phoenix prohibits discrimination on the basis of marital status.

Certain employers who are vendors, suppliers, or contractors that do business with the City of Phoenix are prohibited from discriminating on the basis of sexual orientation.

Immigration Reform and Control Act
Revised: 04/07/2014 | Effective: 03/28/2014

It is the company's policy to fully comply with the regulations of the Immigration Reform and Control Act of 1986 (as amended) enforced by the Department of Homeland Security. We will hire only American citizens and aliens who are authorized to work in the United States.

The law requires our company to do five things:

1. All new employees must complete Section 1 of the I-9 form within three business days of hire.

2. Check documents establishing employees' identity and eligibility to work. (Note: You are not allowed to tell the employee which documents to present and cannot ask for more than is required.)

3. The person examining the documents must complete Section 2 of the I-9 Form and the Certification Section.

4. Retain the form for at least three years. (If the company employs the person for more than three years, the company must retain the form until one year after the person leaves our employment.)

5. Present the form for inspection to the Department of Homeland Security or

Department of Labor officer upon request. (At least three days advance notice will be given.)

If an employee is hired for less than three days, the company must complete Form I-9 before the end of the employee's first working day. The I-9 Form contains instructions for completion. The employee assigned to this task must follow those instructions completely.

I-9 Forms are to be kept separate from all other personnel records.

Background Checks - Arrests/Convictions
Revised: 07/01/2014 | Effective: 01/24/2014

Background checks and/or arrest records are obtained upon completion and signing of Release Authorization form by employee.

**Specific to employees in Arizona**

Agency Guidelines:
The Arizona Civil Rights Division Preemployment Inquires Guide finds acceptable inquiries regarding convictions that include a statement that a conviction will not be an absolute bar to employment.

Right to Work
Revised: 07/01/2014 | Effective: 03/28/2014

The "Right to Work" means that an employee cannot be compelled to join or pay the equivalent of dues to a union, nor can the employee be fired if he or she joins the union. In other words, the employee has the right to work, regardless of whether he or she is a member or financial contributor to such a union.

We believe that the work conditions, wages, and benefits we offer to Arizona Discount Movers employees are competitive with those offered by other employers in this area and in this industry. If you have concerns about work conditions or compensation, we strongly encourage you to express these concerns openly and directly to your supervisor.

Our experience has shown that when employees deal openly and directly with management, the work environment can be excellent, communications can be clear, and attitudes can be positive. We believe that Arizona Discount Movers fully demonstrates its commitment to employees by responding effectively to employee concerns.

**Arizona Discount Movers , Revision 1.2**                          **Page 6/39**

**Specific to employees in Arizona**

You are protected by the state's Right to Work law and cannot be required to join or pay dues or fees to a union. There are a few exceptions to the rule that individuals who work in Right to Work states cannot be required to pay to join or pay dues or fees to a union. Employees of airlines and railroads, and employees working on property subject to exclusive federal jurisdiction, cannot be required to join a union, but may be required to pay union fees.

E-Verify
Revised: 04/25/2014 | Effective: 03/28/2014

E-Verify is to be used only after an offer of employment has been made and we utilize the E-Verify System to ensure that every employee in the workforce is authorized to work in the United States.

Arizona Discount Movers is committed to employing only people who are United States citizens or who are aliens legally authorized to work in the United States in accordance with the Immigration Reform and Control Act of 1986. We do not illegally discriminate because of a person's citizenship or national origin.

Every new employee at Arizona Discount Movers is required to complete the Employment Eligibility Verification Form I-9 and show documents that prove identity and employment eligibility.

Arizona Discount Movers follows federal and state requirements and utilizes E-Verify to provide further eligibility verification of employment. If E-Verify does not confirm eligibility, Arizona Discount Movers will notify the employee as required by law.

If you leave Arizona Discount Movers and are rehired, you must complete another Form I-9 if the previous I-9 with Arizona Discount Movers is more than three years old; if the original I-9 is not accurate; or if we no longer have the original I-9.

If you have questions or want information on the immigration laws, contact the Manager. Retaliation of any form is against the law and if you ask questions or want to complain about the immigration law compliance policy, you will not be punished in any way.

**Specific to employees in Arizona**
After December 31, 2007, every employer, after hiring an employee, shall verify the employment eligibility of the employee through the basic pilot program.

Introductory Period
Revised: 04/07/2014 | Effective: 03/28/2014

**Arizona Discount Movers , Revision 1.2**                          **Page 7/39**

The first 30 days of employment are considered to be the introductory period. During this time you will be evaluated by your supervisor on your job performance, personal traits and general fitness for the job.

After completing the introductory period, your continued employment will be determined by your job performance and adherence to the company's policies and code of conduct.

Employees are not eligible for company benefits until after 90 days of employment.

### Job Descriptions
Revised: 01/01/2014 | Effective: 01/28/2014

We strive to have accurate job descriptions for all jobs at Arizona Discount Movers. A job description includes the following sections:

- Job information;
- Job summary (gives a general overview of the job's purpose;
- Essential duties and responsibilities;
- Supervisory responsibilities;
- Qualifications (includes education and/or experience, language skills, mathematical skills, reasoning ability, and any certification required;
- Physical demands; and work environment.

We use job descriptions to identify the requirements of a job, set up the hiring criteria, set standards for employee performance evaluations, and establish a basis for making reasonable accommodations for individuals with disabilities.

The Manager will prepare a job description when a new job is created. We review existing job descriptions and update them when a job changes.

Your job description does not necessarily cover every task or duty that you might be assigned. You may be assigned additional responsibilities as necessary. If you have questions or concerns about your job description, contact your immediate supervisor.

**Mover/Driver job description:** A driver/mover leads, directs and manages his/her moving crew and is ultimately responsible for the outcome of each job performed. Specific tasks/duties are as follows:

- Complete a truck check in sheet (pre-trip inspection) and daily driver log each day for the assigned truck. This is required by DOT and your responsibility! The driver log is to be turned in each week, every Tuesday, *NO EXCEPTIONS! Not completing this will result in a $50.00 penalty.*

- Make sure all necessary equipment and supplies that are needed are accounted for and on the truck prior to leaving the property.
- *ALWAYS* has spotter outside of truck directing vehicle when backing up.
- You are required to call every job 30 to 40 minutes prior to start time (including 1st job no matter how early it starts).
- *NEVER* speak on a cell phone, map a route or google when driving the truck (any form of calling, texting or typing tool). Doing so is breaking federal law and will result in a citation solely to the driver for $2700 if caught. Immediate suspension will also result. The only exception is if it has a blue tooth device enabling you to speak hands free. *ALWAYS* let the helper/passenger do any necessary communicating on a phone.
- As the lead man on a job, maintain a professional and kind attitude/disposition with the Customer at all times.
- Start time, loaded time and finish time MUST be called in to dispatch for every job.
- When a pick-up job is called in to you make sure the BOL is filled out neatly and *COMPLETELY*. The BOL is a binding contract and unless it is filled out correctly you will not be paid.
- After you have called and spoke with the customer and arrive at the scheduled time, that is when you start charging them. If they are not there you must start charging them as well... we do not work for free.
- Go over completely the rates and insurance options prior to start of services. (any potential issues with these must be resolved then, not when the move is done and you are trying to secure payment.
- Be sure the customer completely fills out the pre-existing damage form (this protects *YOU* from being accused of damages you did not do).
- Before leaving the Origin and Destination do a thorough walk through to make sure everything is loaded, tools and equipment are not left behind and shrink wrap has been removed.
- Oversee that the Bill of Lading for each job is completed correctly and appropriate before payment is secured. When the job is complete have the customer fill out the customer survey form.
- Our methods of payment are cash, credit and debit. *NO CHECKS*. Card must be present with the shipper and an imprint must be done on a credit card imprint slip. The imprint must be clean and legible and signed
- You will be paid for the same number of hours that we bill for on the Bill of Lading. It is the employees responsibility to maintain a hours worksheet showing the job date, job number, hours worked and crew members for *EVERY* job worked. This is to be turned in five (5) days prior to the corresponding payday. It is your responsibility to verify that your name is listed on each bill of lading for each job worked, prior to the bill of lading being turned in to accounting.
- Make sure truck is orderly, clean (box and cab) and inventory is complete and ready for the next day.

**Mover/Helper job description:** A helper/mover follows the instructions of the crew leader/driver Specific tasks/duties are as follows:

- Make sure all necessary equipment and supplies that are needed are accounted for and on the truck prior to leaving the property.
- *ALWAYS* positions her/himself outside of truck to direct the vehicle when driver is backing up.

- *ALWAYS* be the one to use a cell phone in the truck to do any necessary communication. By law the Driver may *NOT* use a phone or GPS while driving.
- Maintains a professional and kind attitude/disposition with the Customer at all times.
- Utilize moving experience to complete each job successfully and timely.
- It is the employees responsibility to maintain a hours worksheet showing the job date, job number, hours worked and crew members for *EVERY* job worked. This is to be turned in five (5) days prior to the corresponding payday. It is your responsibility to verify that your name is listed on each bill of lading for each job worked, prior to the bill of lading being turned in to accounting.
- Make sure truck is orderly, clean (box and cab) and inventory is complete and ready for the next day.

**Supervisor/Warehouse Manager:**  A Warehouse Manager directs and oversees all Drivers and Helpers, manages the warehouse operations and procedures as well as oversees and maintains all company vehicles. Specific tasks/duties are as follows:

- Designates the order of booked jobs and assigns Drivers and Helpers to each job on a daily basis.
- Completes an acurate inventory of the materials, equipment and tools on each truck prior to departure the following day
- Dispatches pick up work orders and remains in contact with all assigned drivers.
- Processes called in credit card numbers upon completion of jobs.
- Orders moving materials, supplies and truck/forklift maintenance parts as needed.
- Schedules maintenance for trucks and forklift as needed.
- Secures rental trucks as needed.
- Stages storage vaults for jobs coming into and going out of storage.
- Keeps detailed account of all storage at ADM warehouse and contracted storage facility off site.
- Creates new employee files.
- Maintanes orderly, clean and safe front, side and back lots on the business property.

Resignation
Revised: 04/02/2014 | Effective: 03/28/2014

Employees who choose to leave the company are asked to give at least two weeks' notice. Employees who do not give an appropriate notice will not be eligible for rehire.

All terminating employees will have an exit interview. The purpose of the

interview is to be certain the reasons for the employee's termination are not founded on a misunderstanding or erroneous situation. The interview will also cover what compensation the employee has coming and when termination of benefits will occur.

Employees are expected to turn in all company property at the time of termination.

Termination
Revised: 07/01/2014 | Effective: 07/04/2014

Discharge may become necessary due to the employee's lack of ability or failure to fulfill the requirements of the job. Discharges are always unpleasant and costly, and the company does not take the decision to discharge lightly. Advance notice may or may not be given depending on the circumstances surrounding the termination.

All terminating employees will have an exit interview. The purpose of the interview is to be certain the reasons for the employee's termination are not founded on a misunderstanding or erroneous situation and to solicit information on what the employee understands of the company and the company benefits. The interview will also cover what compensation the employee has coming and when termination of benefits will occur.

Employees are expected to turn in all company property at the time of termination.

Non-Disclosure
Revised: 05/16/2014 | Effective: 03/28/2014

It is very important to Arizona Discount Movers that we protect our confidential business information and trade secrets. Confidential information includes, but is not limited to the following:

Compensation/Payroll Data, Computer Processes, Computer Programs and Codes, Customer Lists, Financial Data and Information, Marketing Strategies, New Materials, Research, Pending Projects and Proposals, Technological Data.

You may be asked to sign a non-disclosure agreement as a condition of your employment.

If you improperly use or disclose a trade secret or confidential business information, you will be subject to disciplinary action, up to and including termination of employment and legal action.

Criminal History Check Policy

Revised: 05/16/2014 | Effective: 05/28/2014

Arizona Discount Movers requires a criminal check for all full-time and part-time internal employees upon hire once a conditional offer of employment has been extended by the hiring Manager.

Although a disqualification is possible, in accordance with federal and state laws, a previous conviction does not automatically disqualify an applicant from consideration for employment with Arizona Discount Movers.   Depending on a variety of factors (for example, the nature of the position, the nature of the conviction, age of the candidate when the illegal activity occurred), the candidate may still be eligible for employment with Arizona Discount Movers.

However, if an applicant attempts to withhold information or falsify information pertaining to previous convictions, the employee will be disqualified from further employment consideration in any position with the company due to falsification of an application.

An offer of employment may be extended to an applicant prior to the completion of the criminal conviction check. However, the applicant's first day of work in the position must not be prior to the satisfactory completion of the criminal conviction check.

**Note:** The U.S. Equal Employment Opportunity Commission approved guidance on employer use of criminal background checks.  The EEOC guidance does not prohibit employers from considering criminal information during the hiring process. However, it does require employers to take new steps to prevent discrimination under Title VII of the Civil Rights Act of 1964.

Background/Reference Checks

Revised: 04/07/2014 | Effective: 05/28/2014

To ensure that individuals who join Arizona Discount Movers meet the company qualifications and have a strong potential to be productive and successful, it is the policy of Arizona Discount Movers to check the employment references of all applicants.

In addition to checking references of applicants, Arizona Discount Movers will respond in writing only to those reference check inquiries that are submitted in writing on former employees. Responses to such inquiries will be limited to factual information that can be substantiated by Arizona Discount Movers's records. No employment data will be released without a written authorization and release signed by the individual who is the subject of the inquiry.

When a criminal history record check is required, the internal or external applicant for the position must authorize in writing this background investigation. The company will inquire only about convictions and probation status, if any, and not about arrests unless required by applicable laws.

The following factors will be considered for those applicants with a criminal history in determining whether to hire the external applicant or transfer or promote the internal applicant: the nature of the crime and its relationship to the position; the time since the conviction; the number (if more than one) of convictions; and whether hiring, transferring or promoting the applicant would pose an unreasonable risk to the business. The applicant will be given an opportunity to review the criminal background check results and submit an explanation. If any applicant is found to have falsified any information regarding conviction history, the applicant will not be considered for employment. If an employee seeking a transfer or promotion to a position requiring a criminal history record check is found to have falsified any information regarding conviction history, the employee may be immediately discharged.

**Note:** The U.S. Equal Employment Opportunity Commission approved guidance on employer use of criminal background checks.  The EEOC guidance does not prohibit employers from considering criminal information during the hiring process. However, it does require employers to take new steps to prevent discrimination under Title VII of the Civil Rights Act of 1964.

**Specific to employees in Arizona**

Background checks are required on teachers and non-certified school staff; law enforcement officers; judicial employees; school bus drivers; funeral directors; embalmers,and cremationists; massage therapists; residential health care employees; child care personnel and other employees dealing with children; employees of domestic violence shelters; referees, judges, matchmakers, promoters, and boxing managers involved in boxing matches; and taxi drivers

For Teachers and non-certified staff see: A.R.S. §§15-501 and 15-512
Juvenile Probation Officers: A.R.S. § 8-322(G)
Funeral Personnel: A.R.S. § 32-1339
Massage Therapists: A.R.S. § 32-4222
Residential Health Care: A.R.S. § 36-411
Child care personnel: A.R.S. § 36-883.02
Juvenile Correction Dept. personnel: A.R.S. § 41-2814
Boxing match personnel: A.R.S. § 5-228
Others working with children: A.R.S. § 36-897.03, § 41-1964, § 36-425.03, § 46-141
Domestic violence shelter employees: A.R.S. § 36-3008
School bus drivers: A.R.S. § 28-3228(D)
Judicial employees: A.R.S. § 12-102
Taxi drivers: A.R.S. § 41-2097

The Link to the revised statutes is:

http://www.azleg.state.az.us/ArizonaRevisedStatutes.asp

## Layoffs
Revised: 04/02/2014 | Effective: 04/02/2014

A layoff is the temporary discontinuance of employment for any period of time when no work is available. If it is possible to determine the approximate time and conditions under which the employee will return to work, he/she will be so advised.

Each job will be evaluated along with the employee's record. Qualifications, past performance and length of service will be considered as part of the evaluation factors.

Additionally, a Notice of Layoff may be provided. This means that except for emergencies, such as equipment breakdown and acts of God, an employee who is to be laid off for more than one week due to lack of work will be given two weeks' notice. An Advance Notice will not be given for disciplinary layoff or discharge.

Company tools and equipment will be turned in at the time of layoff.

Recall from layoff of all qualified employees will be made before employment of others from one year from date of layoff.

## Re-Employment Policy
Revised: 04/25/2014 | Effective: 03/28/2014

Employees who leave the company in good standing will be considered for open positions along with other applicants. Employees who leave without giving proper notice or who were discharged for cause will not be eligible for re-hire.

## Paydays
Revised: 04/02/2014 | Effective: 03/28/2014

Hourly employees are paid weekly on Tuesday. If a holiday falls on a regular scheduled payday, payday will be on Monday.

Salaried employees will be paid Weekly. If a holiday falls on a regular scheduled pay day, pay day will be on Monday.

## Final Paycheck
Revised: 04/02/2014 | Effective: 03/28/2014

The company follows the state regulations regarding deadlines for employees to receive their final paycheck.

**Specific to employees in Arizona**

An employer must pay someone who has been terminated within **seven** of the employees' working days or the next payday, whichever is sooner. Employees who quit are to be paid on the regular payday for the pay period during which the resignation occurred.

An employer may only withhold an employee's wages when the employer is required by state or federal law, the employer has the employee's prior written authorization, or there is a reasonable good faith dispute as to the amount of wages due, including the amount of any counterclaim, reimbursement, recoupment or set-off asserted by the employer.

## Hours of Work
Revised: 07/01/2014 | Effective: 03/28/2014

The company will maintain work hours for its employees in accordance with federal and state regulations, production needs, and the maintenance of an efficient and effective schedule of work.

The Fair Labor Standards Act requires employers to maintain an accurate record of hours worked and to pay one and one-half times the regular hourly rate of pay to every nonexempt employee who works overtime. Overtime will be defined as all hours worked over forty in a workweek. The Fair Labor Standards Act permits exemption of certain professional, administrative, and executive positions and certain sales positions, as defined in the statues, from compliance with the act.

The official work week for all employees begins at 12:01 a.m. on Monday and ends at 12:00 midnight the following Sunday.

The regular business day is from 6:00 AM (occasional circumstances may warrant earlier or later start times) and continues to varied times (upon completion of assigned jobs).

Training Time--- Any meetings, lectures, and training programs that an employee is required to attend will be considered compensable time.

Time Keeping
Revised: 01/16/2014 | Effective: 03/28/2014

**Accurately recording time worked is the responsibility of every employee. The employee time sheet must be filled out completely and accurately for each job worked. Be sure your name is on each Bill of Lading for each job completed. Completed time sheets are to be turned in every Tuesday.** Federal and state laws require Arizona Discount Movers to keep an accurate record of time worked in order to calculate employee pay and benefits. Time worked is all the time actually spent on the job performing assigned duties.

Nonexempt employees should accurately record the time they begin and end their work, as well as the beginning and ending time of each meal period. They should also record the beginning and ending time of any split shift or departure from work for personal reasons. Overtime work must always be approved before it is performed.

Altering, falsifying, tampering with time records, or recording time on another employee's time record may result in disciplinary action, up to and including termination of employment.

If corrections or modifications are made to the time record, both the employee and the supervisor must verify the accuracy of the changes by initialing the time record.

Nonexempt employees are responsible for accurately recording the hours they work. This information also helps Arizona Discount Movers comply with the laws that require us to keep accurate records of "time worked" in order to correctly calculate employee pay and benefits. "Time worked" is defined as all the time nonexempt staff spend performing assigned duties.

If you are a nonexempt employee, you must accurately record the time you begin and end your work, as well as the beginning and ending time of any meal periods, split shifts, or if you leave the workplace for personal reasons. Also, you always need to receive advance approval before working any overtime hours.

We consider attempts to falsify timekeeping records a very serious matter. Therefore, any of the following actions may result in disciplinary action, up to and including termination: altering, falsifying, tampering with time records, or recording another employee's time record.

You are also responsible for signing your time records to certify their accuracy. Your will then review and initial the time record before submitting for payroll processing. In addition, if corrections or revisions are made to the time record, both the employee and supervisor must initial the changes on the time record as being accurate.

Salary Administration
Revised: 01/01/2014 | Effective: 03/28/2014

The salary administration program at Arizona Discount Movers helps us have consistent pay practices, comply with federal and state laws, support our commitment to Equal Employment Opportunity, and offer competitive salaries within our labor market.

We are committed to paying equitable wages that are based on the requirements and responsibilities of each job and that are comparable to the wages paid to employees in similar jobs in other organizations in the area.

If you have a question about compensation in your area or for your job, talk with your Supervisor. If you have a question about Arizona Discount Movers's salary administration, contact your Supervisor.

Overtime
Revised: 04/02/2014 | Effective: 03/28/2014

It is company policy that work shall be completed, whenever possible, with one 40 hour or less shift only. When overtime work must be scheduled, equal opportunity for participation will be given among the employees who are capable of performing the work to be done.

DEFINITION OF TERMS:

1. Casual Overtime:
Means overtime of an irregular nature, not expected to continue for more than a day or so. An example of casual overtime is overtime authorized to complete booked jobs scheduled on a weekend. Casual overtime includes weekday, Saturday and Sunday work provided the above conditions are met.
2. Regularly Scheduled Overtime:
Means overtime that occurs at regular intervals and that is usually accurately predicted for any given period of time. For instance, if because of a consistant over-booked schedule a supervisor announces to his/her crews that a certain number of people would be required to work ten hours overtime each week for the next six weeks, this would be classed as regularly scheduled overtime.

Employees assigned overtime work must be judged by the company as capable of performing the work to be done. Opportunity for casual overtime on a particular job will normally be given to the employee who has been working on that job during the regular shift. Opportunity for Saturday or Sunday overtime of a casual nature will normally be given to the employee who does this work during the

regular week.

There will be no partiality shown to any employee in the distribution of overtime.

As a condition of employment, an employee is expected to work overtime and on any shift when assigned by his/her immediate supervisor. In the event an employee has a justifiable excuse and is unable to work overtime, he/she should notify his/her immediate supervisor so that an alternate may be selected prior to being assigned to a job.

All overtime requests must be approved by the Manager. Overtime will be paid to hourly and salaried (nonexempt) payroll employees for those hours worked over and above forty hours in a workweek at the rate of 1-1/2 times regular base rate.

For the purpose of this policy, no absence will be counted as time worked. Saturday and Sunday will be considered as a regular workdays.

MISCELLANEOUS:

No employees will be asked or required to take time off from his/her regular work schedule due to his/her having worked overtime.

Child Support/New Hire Law
Revised: 07/01/2014 | Effective: 03/28/2014

Arizona Discount Movers complies with the law of the land regarding New Hire/Child Support Law. If you are subject to a child support order, monies will be withheld from your paycheck in accordance with our state's regulations.

Child support is the court-ordered payment by the non-custodial parent to the custodial parent for the care and welfare of the child.

Garnishments
Revised: 04/04/2014 | Effective: 03/28/2014

A court-ordered legal claim against the wages of an employee by a creditor for nonpayment of a debt and served by the constituted legal authority is called a garnishment, and it must be recognized and executed by the company.

When a garnishment is received by the company, we will advise the employee that a garnishment has been served on the company. The employee will be counseled to seek assistance in working out his/her financial problems.

Social Security
Revised: 07/01/2014 | Effective: 03/28/2014

The payment of Social Security and Medical Benefits is made by you and the company. The company matches your contribution to Social Security and Medicare and thereby pays one-half of the cost of your Retirement and Medicare Benefits under the Social Security Act.

Social Security provides a variety of benefits, including retirement income, death benefits, disability benefits and monthly income for certain dependent survivors of covered employees.

For additional information regarding Social Security eligibility and benefits, go to www.socialsecurity.gov.

Unemployment Insurance
Revised: 05/16/2014 | Effective: 03/28/2014

The company pays the entire cost of unemployment insurance. This insurance provides a weekly income for those who may be laid off or who may have lost their job through no fault of their own.

The amount of this income varies with the individual and state in which he/she resides because it is based on average earnings. Eligibility requirements and the amount of benefits that you may receive are specified by state law.

Workers' Compensation Insurance
Revised: 05/16/2014 | Effective: 03/28/2014

Employees are provided Workers' Compensation coverage from the day they begin work. The company pays the entire cost of this coverage. Employees are covered by Workers' Compensation if they are incapacitated by injury or illness arising out of their employment.

Employees must report all accidents to their supervisor immediately, regardless of how minor. If a work-related injury requires medical attention by a physician or any other medical facility that produces a bill, a claim must be made out the same day by the employee's supervisor. If the injury causes the person to be away from work beyond three days, this injury must be reported to the state Workers' Compensation Division.

The employee's supervisor is responsible for submitting a copy of the original claim to the state office. Additionally, a copy of this claim must be forwarded to the Manager, who will forward it to the insurance company.

**Employees are not authorized to go to a physician without first advising their supervisor or Manager. Employees will not be eligible for regular compensation or vacation or holiday pay in addition to any Workers' Compensation received.**


Pregnancy Leave
Revised: 04/04/2014 | Effective: 04/04/2014


If a pregnant employee is temporarily unable to perform her job because of pregnancy she will be treated the same as any other temporarily disabled employee.

Pregnant employees are permitted to work as long as they are able to perform their jobs. If an employee has been absent from work as a result of a pregnancy-related condition and recovers, she will be able to return to work.

We will hold the position open for a pregnancy-related absence the same length of time jobs are held open for employees on sick or disability leave.

**Specific to employees in Arizona**

Arizona follows the federal guidelines as established by the Family Medical Leave Act.


Military Leave
Revised: 04/02/2014 | Effective: 03/28/2014


Arizona Discount Movers will grant a military leave of absence if you are absent from work because you are serving in the U.S. uniformed services in accordance with the Uniformed Services Employment and Reemployment Rights Act (USERRA). You must give your Manager advance notice of upcoming military service, unless military necessity prevents advance notice or it is otherwise impossible or unreasonable.

You will not be paid for military leave. If you have questions about military leave, contact your Manager for more information.


Benefit Continuation-COBRA
Revised: 05/16/2014 | Effective: 03/28/2014

The federal Consolidated Omnibus Budget Reconciliation Act (COBRA) was enacted to ensure that employees and their dependents can continue their health insurance once they are no longer eligible under our health plan.

There are strict rules about when you are eligible for COBRA benefits. COBRA allows an eligible employee and/or dependents to choose to continue their health insurance when a "qualifying event" happens. Qualifying events include the employee's resignation, termination, leave of absence, shorter work hours, divorce, legal separation, or death. Another qualifying event is when a dependent child stops being eligible for coverage under your health insurance.

If you continue your insurance under COBRA, you will pay the full cost of the insurance at Arizona Discount Movers group rates plus an administration fee. When you are eligible for our health insurance plan, you will receive a written notice describing your COBRA rights. This notice contains important information about your rights and what to do if you need COBRA so it is important that you read it carefully and maintain it with your insurance documents.

If you have any questions regarding COBRA, please contact your Manager.


Dental – Employee Pays
Revised: 07/01/2014 | Effective: 04/02/2014


Arizona Discount Movers offers dental coverage from Aflac, which is employee paid. Arizona Discount Movers does not contribute to this coverage. It is an optional program offered to the employees of Arizona Discount Movers.


Short-term Disability
Revised: 05/16/2014 | Effective: 04/02/2014


Arizona Discount Movers has a short-term disability (STD) benefits program for eligible employees. STD benefits are paid to eligible employees who cannot work because of qualifying disability conditions caused by an injury or illness.

Employees in the following employment classifications are eligible for the STD plan:

Regular Full Time Employees

Eligible employees may participate in the STD plan subject to the terms and conditions of the agreement between Arizona Discount Movers and its insurance carrier. If the disability comes from being pregnant or a pregnancy-related illness, it will be treated the same as any other illness that prevents an employee from working.

If the disability is covered by workers' compensation, it is not covered by the STD plan.

There are more details in the STD Summary Plan Description including how much can be paid and when, the limits, the restrictions, and what is not covered. If you have questions about STD benefits, contact the Hr Manager for more information.

Dental Plan
Revised: 07/01/2014 | Effective: 04/02/2014

Arizona Discount Movers offers dental coverage to our employees. Arizona Discount Movers offers dental coverage which is paid % by Arizona Discount Movers for employees. Arizona Discount Movers does not contribute to this coverage for dependents.

Employee Benefits
Revised: 07/01/2014 | Effective: 03/28/2014

Eligible employees at Arizona Discount Movers receive many benefits. Some benefits are required by law and cover all employees. The legally required benefits include Social Security, workers' compensation, and unemployment insurance.

There are several factors that decide if you are eligible for a benefit. One important factor is your employment classification. See your Manager to find out for which benefit programs you are eligible.

This employee handbook contains policies describing some of the benefit programs, or you may find more information somewhere else, such as the Summary Plan Document.

**The Company provides the following benefit programs to eligible employees:**

Dental Insurance
Employee Health Program
Health Insurance
Medical Insurance
Short Term Disability
Uniforms (T-shirts, hats)

Some benefits are provided to the employee and some are voluntary or co-pay. The company will provide you with information on both types of benefits.

Social Networking Policy - Short Version
Revised: 07/01/2014 | Effective: 04/02/2014

The company recognizes that social media is an integral part of doing business today. The proper role of social networking is to convey information about the company, its products and services, search for possible new markets and discuss company activities and events.

Only persons authorized to do so may prepare or modify content for the company's official website(s) and/or blogs. You are expected to comply with the following guidelines:

1. Employees must identify themselves by name and their position in the company.
2. Written approval to publish copyrighted information must be obtained in advance. If you are using information provided by another person, be certain you have permission to use it and acknowledge the author's contribution.
3. Maintain the highest level of professionalism. Be respectful to all, the company, your co-workers, customers and competitors. Remember you represent the company and will be held responsible for your posts.
4. Do not disclose any confidential information about the company and/or its customers.
5. Check your facts before you publish. Honesty is imperative as information can be verified quickly on the internet. False statements will damage both the company's and your credibility.
6. Promptly correct your mistakes to avoid misunderstanding and irritation.

- Information published on the internet becomes part of a permanent record. Exercise good judgment and common sense. If in doubt, don't post until you clear it through the appropriate channels.

All social networking activities must be in compliance with the company's policy on electronic communication.

**Personal Blogs/Social Networking**

Employees are not allowed to use company-owned equipment, including computers, company licensed software or other electronic equipment or facilities on company time to conduct personal blogging or social network activities.

Employees may not use the company logo or trademark on their personal blogs or networks.

Employees may not post photographs of other employees, customers, or vendors on personal posts.

Employees are not to link from a personal blog or social network to the company's internal or external websites.

Bloggers are responsible for their commentary on blogs and social networks. Bloggers can be held personally liable for commenting that is slanderous, obscene, defamatory or libelous by any offended party.

Social networking and blogging must be done on the employee's equipment during breaks or lunch.

If you have any questions regarding the proper use of social networking/blogging, please contact your Manager.

Drug Free Workplace
Revised: 07/01/2014 | Effective: 04/28/2014

Arizona Discount Movers is committed to being a drug-free and safe workplace. Our employees must be physically and mentally fit to perform their duties in a safe and efficient manner. Therefore, no employee shall work or report to work while under the influence of alcohol, illegal drugs, or any substance that would affect his/her ability to perform the job in a safe and efficient manner.

No employee shall consume, display, or have in his/her possession, including the workplace or in company vehicles, alcoholic beverages or illegal drugs at any time during the workday, including during lunch, breaks, and on-call hours. To do so could jeopardize the safety of other employees, company equipment, and the company's relations with the public, and is a prime cause for disciplinary action, up to and including discharge. The exception to this rule is when the Owner at company functions or other business activities, authorizes consumption of alcoholic beverages.

When employees are required to take any kind of prescription or nonprescription medication that may potentially affect their job performance, they are required to report this to their immediate supervisor, who will determine if it is necessary to temporarily place them on another assignment or take other appropriate action.

To protect the best interests of employees and the public, the company will take whatever measures are necessary to determine if alcohol or illegal drugs are located on or are being used on company property. Measures that may be used will include but not be limited to searches of people and of personal property located on company premises, which may be conducted by law enforcement authorities or by management, as well as drug and /or alcohol tests to be conducted when there is reasonable suspicion of substance abuse.

When urinalysis and/or blood tests are requested or necessary, samples will be taken under the supervision of an appropriate health-care professional. The above-mentioned searches and drug tests will not be conducted if an individual refuses to submit; however, refusal to submit will result in immediate removal from service and may result in termination.

Employees experiencing problems with alcohol or other drugs are urged to voluntarily seek assistance to resolve such problems before they become serious enough to require management referral or disciplinary action. If you have questions regarding this policy or issues related to drug or alcohol use at work, you can raise your concerns with your Immediate Supervisor or General Manager without fear of reprisal.

Under the Drug Free Workplace Act, if you perform work for a government contract or grant, you must notify Arizona Discount Movers if you have a criminal conviction for drug-related activity that happened at work. You must make the report within five (5) days of the conviction.

Workplace Safety
Revised: 07/01/2014 | Effective: 04/28/2014

The Occupational Safety and Health Act (OSHA) require all employers to provide a safe and healthful workplace for their employees. In this regard, it is important that adequate policies and procedures be developed and adhered to in order to ensure safe, efficient operating conditions, thereby safeguarding employees and facilities.

Our company will not knowingly permit unsafe conditions to exist, nor will it permit employees to indulge in unsafe acts. Violations of company rules and regulations will result in disciplinary action. The company believes that the safety of employees and physical property can best be ensured by a meaningful program.

Employee---Since the employee on the job is frequently more aware of unsafe conditions than anyone else, employees are encouraged to make recommendations and/or suggestions regarding unsafe conditions to their immediate supervisor so that they may be corrected.

Supervisors---Supervisors are responsible for the working conditions within their department. A supervisor should remain alert at all times to dangerous and unsafe conditions, so that he/she may recommend corrective action, discipline employees who habitually create or indulge in unsafe practices, assess new or changed situations for inherent dangers, and follow up on employee suggestions for corrective action so that unsafe conditions are not instituted or permitted to continue.

Reporting Work Related Injuries
Revised: 04/04/2014 | Effective: 03/28/2014

Arizona Discount Movers pays 100% of the premium on insurance provided by our Workers' Compensation under the WC Act. This law was designed to provide you with benefits for any injury which you receive arising out of your employment with the company.

Under the provisions of the law, if you are injured while at work for the company, this injury must be reported immediately to your supervisor, no matter how slight it might seem. Failure to do so could result in your claim for Workers' Compensation benefits to be denied by the insurer.

For further information, please refer to our Workers' Compensation policy.

## Workplace Violence
Revised: 07/28/2014 | Effective: 03/28/2014

The company will not tolerate workplace violence. Any employee who commits an act of violence at work against a person or property will face disciplinary action up to and including discharge. If circumstances warrant, the matter will be referred to legal authorities for prosecution. Workplace violence is violence against employees and is committed by persons who either have an employment-related connection with the company or are outsiders, and involves:

1. Physical acts against persons or employer property
2. Verbal threats, or vicious statements that are meant to harm or cause a hostile environment
3. Written threats, vicious cartoons or notes, and other written material that is meant to threaten or create a hostile environment
4. Visual acts that are threatening or intended to convey injury or hostility.

All employees are expected to report any act of violence. Employees should bring their concern directly to the attention of their immediate supervisor. All such reports shall be fully investigated. Any employee who takes any adverse action against a person who reports any act of violence or a suspicion of violence shall be subject to immediate discipline, up to and including discharge.

## Attendance/Punctuality
Revised: 07/01/2014 | Effective: 03/28/2014

We expect Arizona Discount Movers employees to be reliable and punctual. You should report for work on time and as scheduled. If you cannot come to work or you will be late for any reason, you must notify your immediate supervisor as soon as possible.

Unplanned absences can disrupt work, inconvenience other employees, and affect

productivity. If you have a poor attendance record or excessive lateness, you may be subject to disciplinary action, up to and including termination of employment.

## Standard of Conduct
Revised: 07/01/2014 | Effective: 03/28/2014

The purpose of this policy is to outline what Arizona Discount Movers expects from its employees in terms of appropriate behavior. Employees who violate the work rules are subject to disciplinary action, up to and including termination.

Infractions of the following work rules are deemed to be unacceptable and may result in termination upon the first offense.

Unacceptable Violations

1. Theft of company property or personal property of another employee.
2. Punching another employee's time card or permitting someone to punch your time card.
3. Falsification of an application or company record.
4. Sleeping while on duty.
5. Unauthorized disclosure of confidential information.
6. Serious violation of harassment policy.
7. Fighting, threatening, or attempting bodily injury to another person on the company property or anywhere when on the job.
8. Deliberately damaging company property, property belonging to a co-worker or to a vendor.
9. Failure to wear safety equipment where required.
10. Unauthorized use of company time, materials, tools, etc. for personal gain.
11. Unauthorized alteration of company machinery or equipment.
12. Violation of safety rules which could result in serious injury to self or others.
13. Reporting to work under the influence of drugs and/or alcohol.
14. Possession of guns, knives, weapons, explosives, etc. on company property.
15. Testing positive for drugs on a company-administered drug test.
16. Refusal to cooperate with the investigation of a work-related matter.
17. Insubordination.
18. Indecent or immoral behavior on company property.

General Violations

The following violations do not generally pose a major threat to the operation of the business or to the safety and well-being of the individual or other employees, but may result in disiplinary actions.

1. Horseplay
2. Contributing to unsanitary conditions
3. Leave work area without permission
4. Failure to provide an acceptable quality of work
5. Repeated tardiness or absence; failure to report to work without satisfactory

reason
6. Smoking in restricted areas
7. Unauthorized solicitations or posting of materials on company bulletin board
8. Improper operation of any vehicle on company property
9. Unauthorized use of company telephones, computers, equipment or vehicles.

The above lists are not all-inclusive and the company reserves the right to take corrective action for any behavior it deems inappropriate for the efficient operation of the business.

Managers and supervisors will follow the progressive discipline policy for violations of the Code of Conduct.

## Progressive Discipline
Revised: 07/01/2014 | Effective: 04/28/2014

We believe it is important that all employees are treated fairly and that disciplinary actions are prompt, consistent, and impartial. The purpose of a disciplinary action is to correct the problem, prevent it from happening again, and prepare the employee for satisfactory performance in the future.

Progressive discipline means that we will normally take these steps in the following order:

1) A first offense may call for a verbal warning;
2) The next offense may be followed by a written warning;
3) Another offense may lead to a suspension; and,
4) Repeated offenses may lead to termination of employment.

If more than 3 months have passed since the last disciplinary action, the process will normally start over.

In very serious situations, certain offenses may justify either a suspension, or, in extreme situations, termination of employment, without going through the usual progressive discipline steps.

You should also look at the Standard of Conduct and Work Rules policy in this handbook. That policy lists examples of unacceptable conduct that might result in immediate suspension or termination of employment. However, some of the examples of unsatisfactory conduct listed may result in the progressive discipline process described above instead of immediate suspension or termination.

By using progressive discipline, we hope that most employee problems can be corrected at an early stage, benefiting both the employee and Arizona Discount Movers.

## Cell Phone Usage
Revised: 07/01/2014 | Effective: 03/28/2014

Employees with cell phones are allowed to use them for short personal calls within reasonable limits.

Arizona Discount Movers prohibits employees using cell phones for business while they are driving. If you are driving and need to use a cell phone, you should pull off the road and stop before you place a call or talk on the phone.

Use of personal cell phones is discouraged, as it is disruptive to the workflow of a move. Personal cell phone should be turned off while at work (Only the crew leader/driver must have his cell phone on at all times). Use of your personal cell phone is permitted during your lunch break or during drive/transportation time.

**Specific to employees in Arizona**
Arizona prohibits all school bus drivers from using a cell phone while driving.

## Conflict of Interest
Revised: 04/04/2014 | Effective: 03/28/2014

Arizona Discount Movers has guidelines to avoid real or potential conflicts of interest. It is your duty as an employee of Arizona Discount Movers to follow the following guidelines about conflicts of interest. If you have questions about what constitutes conflict of interest, contact your Supervisor or Manager.

When conducting business with another company, you must work within the guidelines set up and controlled by the management team of Arizona Discount Movers. Business dealings with other companies should not result in unusual gains for those companies. "Unusual gains" is defined as bribes, product bonuses, special fringe benefits, unusual price breaks, and other windfalls that will benefit the other company or an employee at the other company.

What is a conflict of interest? An actual or potential conflict of interest is when you are in a position to influence a decision or have business dealings on behalf of Arizona Discount Movers that might result in a personal gain for you or for one of your relatives.

We do not automatically assume that there is a conflict of interest if you have a relationship with another company. However, if you have any influence on transactions involving purchases, contracts, or leases, you must tell an officer of the organization as soon as possible. By telling us that there is the possibility of an actual or potential conflict of interest, we can set up safeguards to protect everyone involved.

The possibility for personal gain is not limited to situations where you or your relative has a significant ownership in a firm with which Arizona Discount Movers

does business. Personal gains can also result from situations where you or your relative receives a kickback, bribe, substantial gift, or special consideration because of a transaction or business dealing involving Arizona Discount Movers. This includes soliciting mover services "on the side" with Arizona Discount Movers Customers.

## Non-Smoking Policy
Revised: 04/04/2014 | Effective: 03/28/2014

Arizona Discount Movers is a smoke-free workplace in order to maintain the highest possible safety conditions and because we are concerned about our employees' health. We also encourage smokers to quit smoking.

Smoking is NOT allowed in the Arizona Discount Movers office building or warehouse, and is not permitted within twenty (20) feet of any exterior entrance. Smoking is NOT allowed in the cab or box of any company vehicle at any time.

Smoke breaks are permitted once every two (2) hours while on a jobsite... **only with the Customers unconditional approval and consent.**

Any questions regarding our Non-Smoking policy, please contact the Immediate Supervisor.

## Confidentiality
Revised: 04/04/2014 | Effective: 03/28/2014

Information regarded as confidential, including payroll, financial statements, customer lists, price lists and other information, should be handled carefully. Managers should instruct their staff coming in contact with this information as to what is confidential and should require that staff write "PERSONAL AND CONFIDENTIAL" on such materials on the outside of any envelopes and correspondence.

Employees should be instructed that upon receipt of materials marked Personal and Confidential, these materials should be left sealed, to be opened by the individual to whom they are addressed.

Confidential information regarding the company or the customers we serve should in no way be divulged verbally, in written correspondence or e-mail. Failure to abide by this policy will result in disciplinary action, up to and including discharge.

## Workplace Etiquette
Revised: 07/28/2014 | Effective: 03/28/2014

Arizona Discount Movers can be a pleasant place to work when all employees show respect and courtesy to each other. Sometimes there are problems when employees do not realize that they are bothering or annoying other people. If this happens to you, you should first try to solve the problem by politely telling your co-worker what is bothering you.

We encourage you to keep an open mind. If another employee tells you about something that you are doing that makes it hard for that person to work, try to understand the other person's point of view.

The following are some guidelines and suggestions for how to be considerate of others at work. You will not necessarily be disciplined if you do not follow these suggestions, but the guidelines will help you get along with others. If you have comments or suggestions about workplace etiquette, contact your immediate Supervisor.

Try to minimize unscheduled interruptions of other employees while they are working. Communicate by email or phone whenever possible, instead of walking unexpectedly into some one's office or workspace. Be conscious of how your voice travels, and try to lower the volume of your voice when talking on the phone or to others in open areas. Employees are attempting to book jobs on the phones with Customers continually and must have a proffesional and *quiet* environment to do so. Keep socializing to a minimum, and try to conduct conversations in areas where the noise will not be distracting to others. Refrain from using inappropriate language (swearing) that others may overhear. Keep your workspace and the office clean and orderly.

## Dress Code/Casual Days
Revised: 04/04/2014 | Effective: 03/28/2014

Employees engaged in work that puts them in a position where they meet the public are expected to present a professional appearance to the customers. This means good personal grooming habits and the proper attire for their position with the Company.

Men must be cleanly shaven, with the following exception: a neat trimmed mustache or beard is permitted.
Hair must be clean and groomed.
                                    Company logo T-shirts are mandatory when on the job. Company hats and sweatshirts are optional. Personal baseball style hats are permissible with Supervisors approval.           Pants must NOT be worn low (gangster style) with any exposed boxers or undershorts.

Women must refrain from wearing clothing that is revealing and/or provocative when working in the office.

Managers and supervisors will monitor their employees' appearances to ensure appropriate, presentable dress. If your dress is determined to be inappropriate, you will be sent home to change and will be off the clock if you are a non-exempt employee.

Complaint Procedure
Revised: 01/28/2014 | Effective: 03/28/2014

Your complaints and problems are of concern to the company. It is our policy to give full consideration to any issues that may affect your job performance. The only way we can help you answer your questions or solve your problems is for you to tell us about them.

1. If you have a problem or misunderstanding, the first step is to talk to your immediate supervisor within five working days of its occurrence. Your supervisor will give you an opportunity to discuss the matter fully and should give you an answer within three working days following the discussion. The majority of problems can be resolved in this manner. If the problem or complaint is with your immediate supervisor, go to Step 2.

2. In the event the problem or misunderstanding cannot be settled between you and your supervisor, you should describe your problem in writing and submit it to your general Manager within three working days. Your General Manager will meet with you within three working days and give you a written answer within three working days following the meeting.

3. If the General Manager has not answered your complaint your satisfaction, you will have five (5) additional days request an appointment with the Owner who will discuss the problem and respond within five days of the interview. The decision of the Owner in a problem situation will be final and binding.

There will be no discrimination or retaliation against anyone presenting a complaint or discussing a problem with supervisors or anyone in management.

Company Property
Revised: 07/22/2014 | Effective: 03/28/2014

Arizona Discount Movers may loan you property, materials or written information to help you do your job. You are responsible for protecting and controlling any property we loan you. You must also return any property given to you promptly upon request. If you terminate your employment at Arizona Discount Movers, you must return all company property immediately.

The following are items that may be issued to you. Not all employees will receive each and every item.

Client Lists, Credit Card(s), Keys, Manuals, Cell Phones, Protective Equipment, Security Passwords, Tools, Uniforms, Vehicles, Written Material(s), etc.

If you do not return our property and if the law allows, we may take money from your regular or final paycheck to cover the cost. We may also take legal action to get back our property.

Personal Data Changes
Revised: 07/01/2014 | Effective: 03/28/2014

It is important that Arizona Discount Movers maintain certain personal information about you in our records. You are responsible to inform us whenever there is a change to your mailing address, telephone numbers, marital status, dependents' information and other possibly related information.

We also need to have information about who to contact in case of an emergency. To change your personal information or if you have questions about what information is required, contact your immediate Supervisor.

Parking
Revised: 05/05/2014 | Effective: 03/28/2014

The company provides parking facilities for your convenience and safety. Please observe the following:

1. Do not park in areas reserved for visitors, customers or in areas designated "no parking" or in "Handicapped" areas unless you have a permit.
2. Drive slowly in the parking lot and observe all direction signs.
3. Do not block other cars or use more than one parking space.
4. Fire zone restrictions must be observed and cars parked in unauthorized areas may be towed at the employee's expense.
                            5. Do not park in areas reserved for nieghboring businesses. (including spaces east of dumpsters)

        6. Do not park in spaces immediately in front of Arizona Discount Movers front office entrance by sidewalk.

The company is not liable for theft or damage to your personal property. Lock your car and report any suspicious behavior to your supervisor.

Visitors at Work
Revised: 04/04/2014 | Effective: 07/24/2014

All visitors, including an employee's family members, who wish to see an employee during working hours, must first check in the front office. Visitors are NOT allowed at any jobsite at any time. If a visit involves an emergency, the employee will be notified immediately, and will receive all possible cooperation from management.

Visitors do disrupt business. Please remind your friends and relatives that unless there is an emergency involved, they should not disturb you while you are working.

Harassment
Revised: 07/24/2014 | Effective: 07/24/2014

**ADM is committed to maintaining a work environment that is free from discrimination. In keeping with this commitment, we will not tolerate harassment of our employees by any supervisor, co-worker, vendor or customer of this company.**

Harassment consists of unwelcome conduct, whether verbal, physical or visual, that is based on a person's protected status, such as sex, color, race, religion, national origin, age, physical or mental disability or other protected group status.

ADM will not tolerate harassing behavior that affects tangible job benefits, that interferes unreasonably with an individual's work performance, or that creates an intimidating, hostile, or offensive working environment. Such harassment may include, for example, jokes about another person's protected status, kidding, teasing or practical jokes directed at a person based upon his or her protected status.

All employees are responsible to help assure that we avoid harassment. If you feel that you have experienced or witnessed workplace harassment, you are to notify the human resources Manager, your department head or your supervisor.

ADM forbids retaliation against anyone for reporting harassment, assisting in making a harassment compliant or co-operating in a harassment investigation. If you feel you have been retaliated against, you are to notify the human resources Manager, your department head or your supervisor.

ADM's policy is to investigate all such complaints thoroughly and promptly. To the fullest extent practicable, the company will keep complaints and the terms of their resolution confidential. If an investigation confirms that a violation of the policy has occurred, the company will take corrective action, including

discipline, up to and including immediate termination of employment.

Employee Reparations
Revised: 07/24/2014 | Effective: 07/22/2014

**Damages and Equipment Loss:**

Arizona Discount Movers maintains strict reimbursement policies regarding damages, as well as strict reimbursement policies regarding missing/unaccounted for supplies and equipment (see your supervisor or management for current supplies and equipment replacement costs). Drivers and Movers (Employees) are responsible for any damages to a Shippers furniture, belongings, property, landscape or vehicles, including damage to private or public property. This includes Shipper property stored or held at ADM property. Employees are also responsible for any damages done to an ADM vehicle, in their charge, interior and/or exterior. Employees are responsible for missing/unaccounted for supplies and equipment, in their charge, on assigned vehicles and in the ADM warehouse.

- **Furniture/item Damages:**  Damage repair costs and/or valuation costs will be divided evenly and paid in full by the entire crew assigned to the specific job. If necessary and mutually agreed, only the crew member(s) responsible for the damage will be charged. Final costs, if any, will be evaluated on a case by case basis.
- **Vehicle, Property or other Damages:**  Damage repair costs will be divided evenly and paid in full by Employee(s) responsible. Final costs, if any, will be evaluated on a case by case basis.

**Daily Vehicle Inspection Report:**

Drivers are responsible for completing a Daily Vehicle Inspection Report every day prior to departing the ADM property to begin their work day. The Inspection Report is a comprehensive account of the condition of each vehicle as **REQUIRED** by the Department of Transportation Federal Motor Carrier Safety Regulations. Each vehicle MUST have an Inspection Report completed each day as/per Federal Law. *THIS IS NOT AN OPTION!* Failure to complete this form will result in a monetary penalty... no exceptions.

**Waiver and Release Agreement:**

This form must be signed and dated by the Shipper prior to start of job. Failure to do so will result in a monetary penalty.

**Pre-existing Damage Form:**

This form must be completed to notate any pre-existing damage to furniture and items being moved. Especially furniture and items coming out of a self storage facility. Completing this form protects the Employee and Company from incurring

charges for damages done by other moving companies or the Shipper. Any charges for pre-existing damages, that have not been notated on this form, are the responsibility of the Driver/Movers.

### Customer Survey:

The Customer Survey sheet is a Shipper's account of His/Her satisfaction with the overall performance of the Movers. It is imperative to have this form completed at the end of each move. A tactfull reminder regarding courtesy tipping is also included at the end of the survey.

### Fuel Reciepts:

When fueling trucks with cash or credit card, Drivers and Movers are required to turn in two (2) receipts for each refueling transaction. A pre-paid receipt #1, and the fuel total receipt #2. Receipts must be stapled to the corresponding BOL that same day. If a Driver/Mover needs to return to the fueling station to retrieve a forgotten receipt, this must be done in thier own vehicle on their own time. If any fueling receipts are not turned in within 3 business days from the date of the transaction, the Driver/Mover will be responsible for payment in full.

Driver and Helper (Workers) General Rules and Proceedures
Revised: 07/01/2014 | Effective: 07/01/2014

- Workers must call in between 4:00 PM and 5:00 PM daily to see if they are scheduled to work for the following morning. Call 602-241-1555 and push 7 during the recording. You will hear a recording listing the Drivers, Helpers and substitutes scheduled for the following day. Any missed scheduled days will result in suspension or termination.
- Please put your name on the board in the warehouse for scheduling days off. Unless it's approved by Management, **Fridays and Saturdays are mandatory work days**... *NO* exceptions.
- Workers must arrive at 6:00 AM each morning looking presentable, smelling OK, clean shaven and in uniform. No loose jewelry, necklaces, bling etc. You must look presentable and represent ADM with profesionalism.
- Workers will arrive and depart through the rear doors only. You are *NOT* allowed in the front offices unless accompanied by a Supervisor.
- Drivers must have a tool bag, cell phone with GPS, DOT medical card and drivers license.

Group Health Plan
Revised: 07/01/2014 | Effective: 04/04/2014

Full time employees are eligible, after 90 days, to participate in a Group Health Plan for which ADM covers 75% of the costs. See the HR person for details.

Group Health Insurance
Revised: 07/01/2014 | Effective: 04/04/2014

Acknowledgement of Receipt of Company Handbook

Revised: 07/28/2014 | Effective: 07/28/2014

This handbook has been prepared to provide you with a general understanding of our personnel policies, work rules and benefits. **All employees are responsible for becoming familiar with our policies and procedures.** If you have any questions regarding the material in the handbook, please contact your supervisor or any other member of management for clarification. The handbook should not be construed as an employment contract or agreement for employment for any specified period of time. We reserve the right to make changes to these policies at any time. When changes are necessary, we will provide you with amended pages for your handbook.

I acknowledge receipt of the Arizona Discount Movers handbook:

**Employee Name:** (Please Print) _____

**Employee Signature:** _____ Date: _____

Acknowledgement of Receipt of Company Handbook - Copy
Revised: 07/28/2014 | Effective: 03/26/2014

This handbook has been prepared to provide you with a general understanding of our personnel policies, work rules and benefits. **All employees are responsible for becoming familiar with our policies and procedures.** If you have any questions regarding the material in the handbook, please contact your supervisor or any other member of management for clarification. The handbook should not be construed as an employment contract or agreement for employment for any specified period of time. We reserve the right to make changes to these policies at any time. When changes are necessary, we will provide you with amended pages for your handbook.

I acknowledge receipt of the Arizona Discount Movers handbook:

**Employee Name:** (Please Print) _____

**Employee Signature:** _____ Date: _____

# ATTACHMENT 13

## MELINDA CARABALLO - Re: subpoena mailed October 6, 2014

**From:**     MELINDA CARABALLO
**To:**       amy@azdmovers.com
**Date:**     10/17/2014 12:19 PM
**Subject:**  Re: subpoena mailed October 6, 2014

Dear Ms. Hannah:

The person who signed for the documents was by a William McAthony (last name not legible).

Sincerely,


>>> MELINDA CARABALLO 10/17/2014 12:12 PM >>>
Dear Ms. Hannah:

Per our telephone conversation I am emailing you a copy of the subpoena that was mailed certified on October 6, 2014 with a due date of October 17, 2014.  You informed me that you will have all requested documents to our office by Monday October 20, 2014.  As I stated on the phone I can not provide extensions to a subpoena. In the mean time here is a scanned copy of the subpoena mailed to your place of business on October 6, 2014.

Thank you,



Melinda Caraballo
Supervisory Investigator
EEOC-Phoenix District Office
3300 N. Central Ave.
Suite 690
Phoenix, AZ 85012
Phone (602) 640-5019
Fax (602) 640-5071
Email: Melinda.Caraballo@EEOC.GOV