Mary Jo O'Neill, AZ Bar #005924
Hillary K. Valderrama, TX Bar # 24075201
Mark Sorokin, CT Bar #430872
**Equal Employment Opportunity Commission, Phoenix District Office**
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012
Telephone: (602) 535-0412
Fax: (602) 640-5009
Email:  mary.oneill@eeoc.gov
           hillary.valderrama@eeoc.gov
           mark.sorokin@eeoc.gov

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Petitioner, <br><br> vs. <br><br> Arizona Discount Movers, LLC, <br><br> Respondent. | Case No. 2:15-mc-00003-DLR <br><br> **DECLARATION OF MARK SOROKIN** |

1. I am Mark Sorokin, a Trial Attorney with the Phoenix District Office of the Equal Employment Opportunity Commission ("EEOC").

2. I am one of the attorneys assigned to prosecute this matter on behalf of the EEOC. I make this declaration in support of the EEOC's motion to dismiss pursuant to Federal Rule of Civil Procedure 41(A)(2).

3. The Commission filed this application on January 12, 2015, and Respondent filed its answer on February 13, 2015. Dkts. 1, 8.

-1-

4. Respondent did not assert any counterclaims against the EEOC. Dkt. 8.

5. The Court set a hearing for February 20, 2015, at 8:45 A.M. on the order to show cause. Dkt. 5.

6. Respondent's Answer provided substantial information responsive to the subpoena at issue and raised reasonable concerns regarding Respondent's ability to provide other responsive documents. Dkt. 8.

7. Respondent's owner, Amy Hannah, and I conferred on February 19, 2015, and I informed Ms. Hannah that the Commission was inclined to dismiss this enforcement proceeding based on Respondent's Answer.

8. Ms. Hannah has verbally agreed to a voluntary dismissal of this matter, but has also said that Respondent is attempting to secure legal representation (though it has not yet done so).

9. As a result, the Commission no longer desires to pursue this suit and seeks its dismissal.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of February, 2015.

    MARY JO O'NEILL
    Regional Attorney

    */s/ Mark Sorokin*
    MARK SOROKIN
    Trial Attorney

    HILLARY K. VALDERRAMA
    Supervisory Trial Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
PHOENIX DISTRICT OFFICE
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012

Attorneys for Petitioner