# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>               Petitioner,<br><br>v.<br><br>Arizona Discount Movers LLC,<br><br>               Respondent. | No. 15-00003MC<br><br>**ORDER** |

Before the Court is Plaintiff the Equal Employment Opportunity Commission's ("EEOC") motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 11.) The EEOC filed this action to enforce an administrative subpoena, (Doc. 1), but now represents that Respondent Arizona Discount Movers LLC's answer supplied substantial information about most aspects of the subpoena, and that the EEOC has decided not to seek further production. For cause shown,

**IT IS ORDERED** that Plaintiff's motion for voluntary dismissal, (Doc. 11), is **GRANTED**. This case is hereby dismissed.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk shall terminate all other pending motions and close this case.

Dated this 4th day of March, 2015.

Douglas L. Rayes
United States District Judge